2

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

---

**KINGVISION PAY-PER-VIEW LTD.**
as Broadcast Licensee of the **October 2, 1999**
**Chavez/Wise Program,**

              Plaintiff,

    -against-

MINERVA RAMIREZ SANDOVAL, Individually, and d/b/a DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB and DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB;

              Defendants.

---

Civil Action No.

B-02-050

United States District Court
Southern District of Texas
FILED

MAR 15 2002

Michael N. Milby
Clerk of Court

## CORPORATE DISCLOSURE STATEMENT

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **KINGVISION PAY-PER-VIEW, LTD.**, and said corporation's securities are not publicly traded.

Dated: March 11, 2002
       Ellenville, NY 12428

                                  KINGVISION PAY-PER-VIEW, LTD.

                                  By:_____
                                  Julie Cohen Lonstein
                                  Attorney for Plaintiff,
                                  Attorney in Charge
                                  NYS Bar Roll No. 2393759
                                  S.D.TX. Admission No. 21857
                                  1 Terrace Hill, PO Box 351
                                  Ellenville, New York 12428
                                  Tel: (845) 647-8500
                                  Fax: (845) 647-6277
                                  *Our File No. C99-8TX-S08*