# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE  4-13-2002  10:51 AM |
| NAME OF SERVER (PRINT)  ED H. FINK | TITLE  PROCESS SERVER |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: __589 N. 7TH ST., RAYMONDVILLE, TX__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

MAY 1 3 2002

Michael N. Milby
Clerk of Court

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __4-13-02__
             Date

Signature of Server

Address of Server: __204 W. FERGUSON #108, PHARR, TX 78577__

DAVE C. ECKSTEIN
MY COMMISSION EXPIRES
February 10, 2006

SUBSCRIBED AND SWORN TO ME ON THE __15__ DAY OF __APR__ 20__02__

NOTARY PUBLIC

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.