# RETURN OF SERVICE

| | DATE 4-13-2002  10:51 AM |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) ED H. FINK | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: DESPERADO'S NIGHT CLUB, 589 N. 7TH ST., RAYMONDVILLE, TX

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED

MAY 13 2002

Michael N. Milby
Clerk of Court

[ ] Returned unexecuted: _____

[✓] Other (specify): SERVED MINERVA RAMIREZ SANDOVAL - OWNER

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-13-02
             Date

Signature of Server

204 W. FERGUSON #108, PHARR, TX 78577
Address of Server

DAVE C. ECKSTEIN
MY COMMISSION EXPIRES
February 10, 2006

SUBSCRIBED AND SWORN TO ME
ON THE 15 DAY OF APR 20 02
NOTARY PUBLIC

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.