ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 4 2002

Michael N. Milby
Clerk of Court

---

**KINGVISION PAY-PER-VIEW LTD.**
as Broadcast Licensee of the **October 2, 1999
Chavez/Wise** Program,

          Plaintiff,

  -against-

**MINERVA RAMIREZ SANDOVAL,** *et al.*,

          Defendants.

**MOTION FOR CONTINUANCE**
Civil Action No. B-02-050
Honorable Hilda G. Tagle

---

Come now plaintiff, **KINGVISION PAY-PER-VIEW LTD.**, and moves this Court for an Order to continue the dates set forth in the Order Setting Conference, including the Conference set for **August 6, 2002,** before the Honorable Hilda G. Tagle, as no Defendants have submitted an Answer to Plaintiff's Complaint, and Plaintiff forwarded its Motion for Default Judgment to the Court for filing on June 19, 2002. A copy of the transmittal letter is annexed hereto as Exhibit "A."

Dated: June 19, 2002
       Ellenville, NY 12428

KINGVISION PAY-PER-VIEW LTD.

By: _____
    Julie Cohen Lonstein
    Attorney for Plaintiff,
    Attorney in Charge
    NYS Bar Roll No. 2393759
    S.D. TX Admission No. 21857
    1 Terrace Hill, PO Box 351
    Ellenville, New York 12428
    Tel: (845) 647-8500
    Fax: (845) 647-6277
    *Our File No. C99-8TX-S08*

# Lonstein Law Office, P.C.

Attorneys and Counselors at Law

1 Terrace Hill, P.O. Box 351
Lonstein Professional Building
Ellenville, New York 12428
Telephone (845) 647-8500
Facsimile (845) 647-6277
www.signallaw.com

---

\*Wayne D. Lonstein

Julie Cohen Lonstein

‡ Rosalie A. Wallis

\* Also admitted in NJ, PA & MA
‡ Also admitted in New Mexico

Albert I. Lonstein (1930 - 1993)

Benjamin Lonstein (1909 - 2000)

June 19, 2002

Juan Barbosa, Deputy in Charge
United States District Court
1158 Federal Building
600 E. Harrison Street
Brownsville, TX 78520-7114

Re: Kingvision Pay-Per-View, Ltd. vs. Minerva Ramirez Sandoval, *et al.*
    Event: Chavez/Wise Program - October 2, 1999
    Our File No. *C99-8TX-S08*
    Civil Case No. B-02-050

Dear Mr. Barbosa:

Enclosed herein please find the following documents with regard to the above entitled matter:

> Request for Default, Affidavit in Support of Request for Default, Clerk's Certificate, Order Entering Default, Motion for Default Judgment and Statement for Judgment with regard to the following defendants:

**MINERVA RAMIREZ SANDOVAL, Individually**

**DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB**

If the enclosed documents meet with your approval, we would appreciate your presenting the enclosed **proposed Default Judgment** and the **Order Entering Default** to Judge Tagle for endorsement, and date stamping said documents. A stamped, self addressed envelope is enclosed herein for the Court's convenience in returning said documents to my attention.

Respectfully submitted,

LONSTEIN LAW OFFICE, P.C.

By: Julie Cohen Lonstein
JCL/ea
Encs.
cc. Defendants