ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 4 2002

Michael N. Milby
Clerk of Court

---

**KINGVISION PAY-PER-VIEW LTD.**
as Broadcast Licensee of the **October 2, 1999
Chavez/Wise** Program,

        Plaintiff,

-against-

**MINERVA RAMIREZ SANDOVAL,**, *et al*

        Defendants.

---

**REQUEST FOR DEFAULT**
Civil Action No. B-02-050
Honorable Hilda G. Tagle

TO:   JUAN BARBOSA, DEPUTY IN CHARGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Please enter default of the following defendants

**MINERVA RAMIREZ SANDOVAL, Individually**

**DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB**

pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached affidavit of Julie Cohen Lonstein, Esq.

Dated: June 19, 2002
      Ellenville, New York

LONSTEIN LAW OFFICE, P.C.

By: _____
Julie Cohen Lonstein
Attorney for Plaintiff,
Attorney in Charge
NYS Bar Roll No. 2393759
S.D. TX Admission No. 21857
1 Terrace Hill, PO Box 351
Ellenville, New York 12428
Tel: (845) 647-8500
Fax: (845) 647-6277
*Our File No. C99-8TX-S08*

ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

---

**KINGVISION PAY-PER-VIEW LTD.**
as Broadcast Licensee of the **October 2, 1999
Chavez/Wise** Program,

        Plaintiff,

-against-

**MINERVA RAMIREZ SANDOVAL**, *et al*

        Defendants.

**AFFIDAVIT IN SUPPORT OF
REQUEST FOR DEFAULT**
Civil Action No. B-02-050
Honorable Hilda G. Tagle

---

STATE OF NEW YORK :
                  : SS.:
COUNTY OF ULSTER :

      JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

      1.    That I am the attorney for plaintiff, **KINGVISION PAY-PER-VIEW LTD.**, in the above referenced matter and I am admitted to practice in this Court. I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

      2.    This action was commenced pursuant to 47 U.S.C. §605, *et seq.* A copy of the Summons and Complaint was served on Defendant, **MINERVA RAMIREZ SANDOVAL, Individually, and d/b/a DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB and DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB**, as set forth in the proof of service by Ed H. Fink, which was filed with the Court May 13, 2002, a copy of which is annexed hereto as Exhibit "A."

      3.    The time within which the Defendant(s) may answer or otherwise move with respect to the Complaint herein has expired. Defendants

-1-

**MINERVA RAMIREZ SANDOVAL, Individually**

**DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB**

have not answered or otherwise moved with respect to the Complaint; and the time for the Defendant(s) to do so has not been extended.

4. Said Defendant(s) are not infants or incompetents. Upon information and belief, Defendant(s) are not presently in the military service of the United States.

**WHEREFORE**, plaintiff **KINGVISION PAY-PER-VIEW LTD.**, requests that the default of the defendant(s)

**MINERVA RAMIREZ SANDOVAL, Individually**

**DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB**

be noted and that judgment be entered in favor of plaintiff and against defendants in the manner stated herein.

Dated: June 19, 2002
       Ellenville, NY 12428

Julie Cohen Lonstein
Attorney for Plaintiff,
Attorney in Charge
NYS Bar Roll No. 2393759
S.D. TX Admission No. 21857
1 Terrace Hill, PO Box 351
Ellenville, New York 12428
Tel: (845) 647-8500
Fax: (845) 647-6277
*Our File No. C99-8TX-S08*

Sworn to before me this 19th
day of June, 2002

*April Draganchuk*
*Notary Public State of New York*
*Registration No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2003*

AO 440 (Rev. 10/93) Summons in a Civil Action



# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

KINGVISION PAY-PER-VIEW LTD.
as Broadcast Licensee of the **October 2, 1999**
**Chavez/Wise Program,**
     Plaintiff,

V.

MINERVA RAMIREZ SANDOVAL, Individually, and d/b/a DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB and DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB;
     Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **B-02-050**

TO: (Name and address of defendant)

**MINERVA RAMIREZ SANDOVAL, Individually and d/b/a DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB**
**RR 1, Box 737**
**Raymondville, TX 78580-9722**     Our File No. C99-8TX-S08

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, Box 351
Ellenville, New York 12428

an answer to the complaint which is herewith served upon you, within __twenty (.20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk
CLERK

(BY) DEPUTY CLERK

3-15-02
DATE

# RETURN OF SERVICE

CAB-02-50

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4-13-2002 10:51 AM |
| NAME OF SERVER (PRINT) ED H. FINK | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 589 N. 7TH ST., RAYMONDVILLE, TX

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

MAY 13 2002

Michael N. Milby
Clerk of Court

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-13-02
Date

Signature of Server

204 W. FERGUSON #108, PHARR, TX 78577
Address of Server

DAVE C. ECKSTEIN
MY COMMISSION EXPIRES
February 10, 2006

SUBSCRIBED AND SWORN TO ME
ON THE 15 DAY OF APR 20 02

NOTARY PUBLIC

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

KINGVISION PAY-PER-VIEW LTD.
as Broadcast Licensee of the **October 2, 1999**
**Chavez/Wise** Program,
       Plaintiff,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **B-02-050**

MINERVA RAMIREZ SANDOVAL, Individually, and d/b/a DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB and DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB;
       Defendants.

TO: (Name and address of defendant)

<u>DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB</u>
589 N. 7th Street
Raymondville, TX 78580

Our File No. C99-8TX-S08

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, Box 351
Ellenville, New York 12428

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk
CLERK

3-15-02
DATE

_[signature]_
(BY) DEPUTY CLERK

CAB-02-50

# RETURN OF SERVICE

| | DATE 4-13-2002  10:51 AM |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) ED H. FINK | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: DESPERADO'S NIGHT CLUB, 589 N. 7TH ST., RAYMONDVILLE, TX

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED

[ ] Returned unexecuted: _____

MAY 13 2002

Michael N. Milby
Clerk of Court

[✓] Other (specify): SERVED MINERVA RAMIREZ SANDOVAL - OWNER

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-13-02
            Date

Signature of Server

204 W. FERGUSON #108, PHARR, TX 78577
Address of Server

DAVE C. ECKSTEIN
MY COMMISSION EXPIRES
February 10, 2006

SUBSCRIBED AND SWORN TO ME
ON THE 15 DAY OF APR 20 02

NOTARY PUBLIC

[1]  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.