ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 4 2002

Michael N. Milby
Clerk of Court

---

**KINGVISION PAY-PER-VIEW LTD.**
as Broadcast Licensee of the **October 2, 1999 Chavez/Wise** Program,

      Plaintiff,

-against-

**MINERVA RAMIREZ SANDOVAL**, *et al*

      Defendants.

**CLERK'S CERTIFICATE**
Civil Action No. B-02-050
Honorable Hilda G. Tagle

---

I, Juan Barbosa, Deputy in Charge of the United States District Court for the Southern District of Texas, Brownsville Division, do hereby certify that the docket entries in the above entitled action indicates that the Defendants, **MINERVA RAMIREZ SANDOVAL, Individually, and d/b/a DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB and DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB,** were served on April 13, 2002.

I further certify that the docket entries indicate that

**MINERVA RAMIREZ SANDOVAL, Individually**

**DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB**

have never submitted an answer or otherwise plead in defense of this action and their default is hereby noted.

Dated *Brownsville*, Texas

*June 24,* 2002

MICHAEL N. MILBY
Clerk

By: _____
Deputy Clerk