.ORIGINAL

9

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 4 2002

Michael N. Milby
Clerk of Court

-----------------------------------------------------------------

KINGVISION PAY-PER-VIEW LTD.
as Broadcast Licensee of the **October 2, 1999**
**Chavez/Wise** Program,

                Plaintiff,

    -against-

MINERVA RAMIREZ SANDOVAL, *et al.,*

                Defendants.

-----------------------------------------------------------------

**MOTION FOR DEFAULT JUDGMENT**
Civil Action No. B-02-050
Honorable Hilda G. Tagle

STATE OF NEW YORK :
                    : SS.:
COUNTY OF ULSTER  :

    JULIE COHEN  LONSTEIN, being duly sworn, deposes and says:

    1.       That I am the attorney for plaintiff, **KINGVISION PAY-PER-VIEW LTD.,** in the above referenced matter and I am admitted to practice in this Court.  I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

    2.       The Plaintiff owned the commercial rights to distribute the **Chavez/Wise** boxing match on **October 2, 1999,** to commercial establishments for a licensing fee.  The respective Defendants herein did not purchase the rights to intercept and exhibit this encrypted boxing match from the Plaintiff, but intercepted and exhibited same without legal authorization.

    3.       On any given occasion when an encrypted program is being broadcast, such as a prize fight, independent auditors identify commercial establishments intercepting and exhibiting the program without paying the Plaintiff for the right to do so.  In advance, Plaintiff provides the auditors

-1-

with a list of legal paying locations within Texas and a team of auditors visit any commercial establishment within any particular territory which is not named on the legal list during the time of the transmission of the prize fight.  Attached hereto as **Exhibit "A,"** are affidavits of each witness verifying the exhibition of the boxing program at each of the respective establishments listed in the motion for default.

      4.     This action was commenced pursuant to 47 U.S.C. §605, *et seq.*  A copy of the Summons and Complaint was served on Defendant, **MINERVA RAMIREZ SANDOVAL, Individually, and d/b/a DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB and DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB,** as set forth in the proof of service by Ed H. Fink, which was filed with the Court May 13, 2002, a copy of which is annexed hereto as Exhibit "B."

      5.     The time within which the Defendants may answer or otherwise move with respect to the Complaint herein has expired.  None of the above cited Defendants have answered or otherwise moved with respect to the complaint; and the time for the Defendants to do so has not been extended.

      6.     Said Defendant(s) are not infants or incompetents.  Upon information and belief, none of the Defendants are  presently in the military service of the United States.

      7.     Said Defendants,

**MINERVA RAMIREZ SANDOVAL, Individually**

**DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB**

are indebted to the plaintiff in the following manner:

        Plaintiff, by contract, was granted the right to distribute the **Chavez/Wise** boxing match

scheduled for **October 2, 1999,** via closed circuit television. Pursuant to the aforesaid contract, plaintiff entered into subsequent agreements with various entities in the State of **Texas**, allowing them to publicly exhibit the program to their patrons. Plaintiff expended substantial monies in consideration of the aforementioned agreement to transmit the said boxing match to those entities within the State of **Texas** who had contracted for same with the plaintiff for exhibition to their patrons.

Defendant, **MINERVA RAMIREZ SANDOVAL, Individually, and d/b/a DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB and DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB,** and/or his/her/its agents, servants, workmen or employees, with full knowledge that said closed circuit program was not to be received and/or exhibited by entities unauthorized to do so, did, at the time of its transmission, exhibit the closed circuit program at its principal place of business at **589 North 7th Street, Raymondville, TX 78580,** willfully, and for purposes of direct or indirect commercial advantage or private financial gain and with the intent of willfully defrauding the Plaintiff of revenue.

As a result thereof, Plaintiff was damaged as follows:

## STATUTORY CLAIMS

A. Your deponent indicates to the court that, pursuant to 47 U.S.C., § 605 (e)(3)(C)(i)(II), Defendant is indebted to the Plaintiff for the unlawful exhibition for commercial advantage of the closed circuit television signal of the **Chavez/Wise** boxing match on **October 2, 1999,** in the sum of $10,000.00. See **Subscription Television of Greater Washington v Kaufman, B.C.,** D.C. 606 F. Supp. 1540 (1985); **International Cablevision, Inc. v. Sykes,** 997 F. 2d 998 (2nd Cir. 1993).

B.      In addition, the Plaintiff is entitled to the maximum statutory damage amount of $100,000.00 for the intentional unlawful interception of the closed circuit television signal of the **Chavez/Wise** boxing match on **October 2, 1999,** pursuant to 47 U.S.C. §605(e)(3)(C)(ii).

(1)      The defaulting Defendants willfully and knowingly violated said federal statute.  Their actions in purposely defrauding the Plaintiff were affirmative and could only have been accomplished by overt acts done to avoid paying the legal subscription rate for a commercial establishment.

(2)      The fact that the exhibition of the event was witnessed by the Auditors in Defendants' commercial establishment demonstrates that it was a *de facto* illegal showing, as said establishments were not legal subscribers to Plaintiff's programming.

(3)      Defendants' overt acts included one or more of the following four scenarios: use of illegal deciphering chip (descrambler) in a satellite receiver;  possession of a pirate cable box commonly known as a "black box"; registering their commercial establishment as a residential account instead of a commercial account; or  ordering the event for their residence and moving their residential box to the commercial location.

(4)      Any of the above mentioned acts were intentional and were done for commercial financial gain and all required scheming and overt acts justifying the imposition of the maximum statutory damages.

(5)      Based on the foregoing, Plaintiff respectfully requests that maximum statutory damages in the amount of $100,000.00 be awarded against each defaulting Defendant as allowed under 47 U.S.C. § 605(e)(3)(c)(i)(II) and (e)(3)(C)(ii).  Plaintiff further requests interest at the rate of six (6 %) per cent on said sum of $110,000.00 from the **2nd day of October, 1999.**

8.     Plaintiff requests judgment by default on each cause of action against each Defendant, jointly and severally, as follows:

**MINERVA RAMIREZ SANDOVAL, Individually,** in the aggregate sum of ONE HUNDRED TEN THOUSAND THREE HUNDRED FIVE and 00/100 ($110,305.50) DOLLARS, together with  interest on the sum of ONE HUNDRED TEN THOUSAND DOLLARS ($110,000.00) from the **2nd day of October, 1999;**

**DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB,** in the aggregate sum of ONE HUNDRED TEN THOUSAND THREE HUNDRED FIVE and 00/100 ($110,305.50) DOLLARS, together with  interest on the sum of ONE HUNDRED TEN THOUSAND DOLLARS ($110,000.00) from the **2nd day of October, 1999;**

9.     The Judgments requested herein are for a sum certain and therefore no inquest is necessary.

10.     Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in these default judgments as the interest of justice require the issuance of judgment as requested without further delay.

11.     We respectfully ask the Court to accept the following statutory authority for the damage requested.

## I. APPLICABLE STATUTORY AUTHORITIES

1.     Plaintiff seeks damages pursuant to 47 U.S.C. §605(e)(3)(C)(ii), which states as follows:

> In any case which the court finds that the violation
> was committed willfully and for purposes of direct
> or indirect commercial advantage or private financial

> gain, the court in its discretion may increase the award
> of damages, whether actual or statutory, by an amount
> of not more than $ 100,000.00 for each violation of
> subsection (a).

2.    Subsection (a) as referred to above, prohibits the unauthorized reception

(interception) and divulgence (publication/dissemination) of said broadcast.

3.    Plaintiff also seeks the same award of damages as authorized by 47 U.S.C. §605

(e)(3)(C)(i)(II), which provides as follows:

> the party aggrieved may recover an award of statutory damages
> for each violation of subsec. (a) of this section involved
> in the action in a sum of not less than $ 1,000.00 or more
> than $10,000, as the court considers just, and for each
> violation of paragraph (4) of this subsection involved in
> this action an aggrieved party may recover statutory damages
> in a sum not less than $10,000 or more than $ 100,000, as the
> court considers just.

4.    Paragraph (4), as referred to above, prohibits the "modification" of equipment used

to assist in the reception of broadcasts such as the one presently before this Court.

5.    In sum, plaintiff seeks recovery from this Defendant upon the following authorities:

**FOR VIOLATION OF 47 U.S.C. §605 (a) INTERCEPTION & PUBLICATION**

A.    47 U. S. C. §605(e)(3)(C)(ii)- Statutory award increase of $ 100,000.00

B.    Interest thereupon.

**FOR VIOLATION OF 47 U. S. C. §605 (e)(4) MODIFICATION**

A.    Statutory damages of $ 100,000.00.

B.    Interest thereupon.

6.    It is respectfully submitted that the increased statutory damage award sought by

Plaintiff is authorized pursuant to statute.

## II. APPLICABLE AUTHORITIES

7.      In **Time Warner Cable of New York City, v. Ivan Olmo**, **977 F. Supp. 585 (ED NY 1997),** Judge Trager adopted the recommendation of Magistrate Judge Levy, that he award increased statutory damages, which is also set forth at **977 F. Supp. 585.**

8.      The **Olmo** decision concerns claims against Mr. Olmo for which he admitted violations of both statutes being litigated herein. Although dealing with his admitted modification of two devices, the court increased the damage award pursuant to statute against the defendant by holding as follows:

> In addition, the court may draw an inference of willfulness
> from a defendant's failure to appear and defend an action in
> which the plaintiff demands increased statutory damages based
> on allegations of willful conduct.  **Fallaci v. The New Gazette
> Literary Corp., 568 F. Supp. 1172, 1173 (S.D.N.Y. 1983)** (inferring
> willfulness from defendant's default in a copyright infringement case).
> **Olmo at 589**.

9.      Admittedly, the **Olmo** decision is not within the Fifth Circuit and deals with an admission made by the defendant to an auditor, however, the decision is applicable to the present litigation as persuasive authority for plaintiff's request for maximum statutory damages.

10.     The same rationale has been adopted in the Third Circuit as it pertains to the similar statutory authority provided to District Court's by the Copyright Act. See, 17 U. S. C. § 504 (c)(2), which provides for similar increases of awards for violations of the Copyright Act which are found to be "willful."

11.     In **Sony Music Entertainment, Inc., v. Cassette Productions, Inc., 1996 U. S. District LEXIS 21549,** (a copy of which is annexed hereto as Exhibit "C"), Magistrate Judge

Hedges made the following observation:

> It is reasonable for the Court to consider a Defendant in
> default as willful, in exercising its discretion within the
> "sliding scale" of its authority to award statutory damages,
> because a Court's award of statutory is the only deterrent that
> will have any effect on a Defendant. **Sony at p. 7.**

12.     In the Fifth Circuit, it is well settled that the Court may accept the well pleaded

allegations contained in a complaint as true, when, as in the instant case, the defendant has defaulted

in appearing.  See, **Nishimatsu Construction Co. V. Houston National Bank, 515 F. 2d 1200 (5th**

**Cir. 1975).**

13.     The Court is provided with wide discretion in determining the amount of statutory

damages to be awarded. See, **Broadcast Music Inc. v. Xanthas, 855 F. 2d 233 (5th Cir. 1988)**

14.     It is respectfully submitted that the burden of proof shifts to the Defendant once he

admits the allegations contained in the complaint by his default. **Fed. R. Civ. P. 8 (d)**.

15.     In this vein, Courts have considered this factor as in a copyright infringement action

to justify the awarding of enhanced damages against a defaulting defendant. In **BMI, Inc., v. R Bar**

**of Manhattan, Inc., 919 F. Supp. 656 (S.D.N.Y. 1996)**, Magistrate Grubin, in recommending an

enhanced damage award, wrote the following:

> an award of statutory damages totaling $ 12,000
> ($ 1,500 per song) is appropriate to compensate the copyright
> owners herein and to provide a deterrent for defendants and
> other would-be infringers. That sum is approximately five times
> what BMI license fees would have been plus plaintiffs' investigative
> expenses. That multiple of license fees is at the upper range
> of statutory damage awards in similar cases and *is high enough*
> *to deter others from calculating that it would be cheaper to*
> *violate the copyright laws than to obtain an appropriate*
> *license agreement* (emphasis ours). **BMI at 660.**

-8-

16.    For the Court to award minimal statutory damages against the defaulting Defendant would result in the unintended result of actually awarding those individuals who wrongfully and wilfully intercept and exhibit broadcast signals. As held in a similar action brought under the Copyright Act, the Supreme Court cautioned against minimal damage awards by stating as follows:

> [A] rule of liability which merely takes away profits from an infringement would offer little discouragement to infringers. It would fall short of an effective sanction for enforcement of the copyright policy. The statutory rule, formulated after long experience, not merely compels restitution of profit and reputation of injury but also is designed to discourage wrongful conduct...Even for uninjurious and unprofitable invasions of copyright the court may, if it deems just, impose a liability within statutory limits to sanction and vindicate the statutory policy. **F.W. Woolworth Co. V. Contemporary Arts, Inc., 344 U.S. 228 (1952) at 233.**

17.    It is respectfully submitted that such a finding can be easily determined by the Court, in its sound discretion, upon the documents provided in the motion for default judgment.

18.    Finally, the intent of the relief sought by Plaintiff is more equitable rather than legal in nature. Therefore, Plaintiff contends that the Court should view its requested damages in a manner which is calculated to do equity to those who so deserve. For a discussion of the equitable nature of this remedy. See, **Storer Cable Communications, Inc. v. Joe's Place Bar & Restaurant, 819 F. Supp. 593 (W.D. Ky. 1993).**

19.    Plaintiff's litigation expenses as associated with the formation, pleading and filing of the above captioned matter are as outlined below:

a.    Filing Fees -    $ 75.00 per defendant

b.    Service of Process- $ 92.50 per defendant
Attached hereto as **Exhibit "C,"** please find invoices from Pro-File Lawyer's Services Corp.

c.   Investigative Cost - $137.50 per defendant
See attached **Exhibit "D,"** Affidavit of Kingvision Pay-Per-View Ltd.

19.   We respectfully request that judgment be entered in favor of Plaintiff and against

Defendant in the manner stated herein.

WHEREFORE, Plaintiff **KINGVISION PAY-PER-VIEW LTD.**, requests that the default

of the Defendant(s)

**MINERVA RAMIREZ SANDOVAL, Individually**

**DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB**

be noted and that judgment be entered in favor of Plaintiff and against Defendant in the manner

stated herein.

Dated: June 19, 2002
       Ellenville, NY 12428

Julie Cohen Lonstein, Esq.
Attorney for Plaintiff,
Attorney in Charge
NYS Bar Roll No. 2393759
S.D. TX Admission No. 21857
1 Terrace Hill; PO Box 351
Ellenville, NY 12428
Telephone:  845-647-8500
Facsimile:  845-647-6277
*Our File No. C99-8TX-S08*

Sworn to before me this 19th
day of June, 2002

*April Draganchuk*
**April Draganchuk**
***Notary Public State of New York***
***Registration No. 4945872***
***Residing in Ulster County***
***My Commission Expires Jan. 27, 2003***

-10-

## CERTIFICATION OF SERVICE

The undersigned certifies that on the 20th day **of June, 2002**, your deponent served the following documents by United States Postal Service, Certified Mail, Return Receipt Requested:

Request for Default, Affidavit in Support of Request for Default, Clerk's Certificate, Motion for Default, Statement for Judgment, Default Judgment, Order Entering Default, Motion and Order for Continuance.

on the following:

Minerva Ramirez Sandoval
RR 1, Box 737
Raymondville, TX 78580-9722
Article No. 7099 3220 0010 9494 1077

Desperado's Nightclub
589 N. 7th Street
Raymondville, TX 78580
Article No. 7099 3220 0010 9494 1084

Julie Cohen Lonstein

-11-

AFFIDAVIT OF ARMIN MARTINEZ (name of auditor)

COUNTY OF: WILLACY STATE OF: TEXAS

BEFORE ME, the undersigned authority, on this day personally appeared _____ ARMIN MARTINEZ (name of auditor), and after being first duly sworn according to law, deposes and states as follows:

1. My name is ARMIN MARTINEZ (name of auditor). I am over the age of eighteen (18) years, of sound mind, competent to testify as to the matters contained herein, personally acquainted with the facts stated herein, and state that they are true and correct.

2. I am currently employed by:
   BULLETPROOF

3. At approximately 8:49 P .m. on _____, October 2 , 1999, I entered:

   (name of establishment) DESPERADO'S NIGHT CLUB

   589 N.7th st.                          RAYMONDVILLE  TX. 78580
   (street number and address)            (city, state, zip code)

At that time, I observed that DESPERADO'S NIGHT CLUB (name of establishment) was displaying the SHOWTIME Julio Cesar Chavez vs. Willy Wise boxing match and/or its undercard preliminary bouts. I took a head count at this time and counted approximately 25 (number of) persons inside the establishment. I also noticed there were 3 (number of) televisions and/or monitors for viewing by patrons inside this establishment.

4. The television monitor(s) displayed the following (the identity of any boxing activity witnesses, specifically, if applicable, names of fighters, color of boxing trunks, round number, time remaining in round; and logos as they appear on the microphones, ring mat, ring posts or television screens):

   showtime was displayed with time clock,chavez was wearing red trunks and wise was wearing purple trunks. the corona logo was displayed on ring mat and ring posts.

PLEASE REMEMBER TO DATE AND SIGN THIS AFFIDAVIT IN THE PRESENCE OF THE NOTARY PUBLIC WHO SHALL NOTARIZE YOUR SIGNATURE.

BY: _____ (signature of auditor)

    Armin Martinez (printed name of auditor)

DATED: 10 (month) 02 (day), 1999

SWORN TO AND SUBSCRIBED THIS 2 DAY OF October (month), 1999.

Notary Public in and for the State of TEXAS   MY COMMISSION EXPIRES.

_____ (signature of Notary Public)

WALDO ZAMORA
NOTARY PUBLIC
State of Texas
Comm. Exp. 12-22-2001

1. Name of Auditor: _Armin MARtinez_

2. Auditor's date of birth _07 11 73_
3. Name of Employer: _Bulletproof_

4. Name and address of the commercial establishment (please include full address including zip code):

_Desperado's Night Club_

_589 N. 7th St. Raymondville, Tx. 78580_

5. Did the establishment advertise or promote the telecast in any way? If so, please describe any banners, flyers, posters or any other promotion you observed:

_NO_

6. Was there an admission or cover charge? If so, how much? _NO_

Please answer 7A or 7B or both, if applicable, below. If you observed boxing activity on the screen, answer 7A. If you observed activities other than boxing (announcers, interviews, etc.), answer 7B. Please fill in as many blanks as possible.

7A. During my visit to the establishment, I observed the boxing match featuring

_Chavez_ vs _Wise_ (name fighters).

_Chavez_ (name one of the fighters) wore _Red_ color trunks,

while _Wise_ (name the other fighter) wore _Purple_ color

trunks. The fight appeared to be in the _1st_ round.

AND / OR

7B. During my visit to the establishment, I observed the announcers discussing the fight card. The

announcers were wearing _____. I noticed

that the _____ logo appeared on the microphones.

Specifically, the announcers were discussing _____

Other activity I observed on the screen included _Chavez walking into the ring_

8. I observed a total of _3_ television sets in the establishment displaying the telecast. Of

9. Provide a detailed description of at least one employee (name, gender, physical description, employee's position with the establishment, etc.):

Employee's name was Hugo, male Hispanic, medium build. About 5'11, facial hair (Go-T). Hugo was wearing a straw cowboy hat, white shirt, blue jean pants w/ boots.

10. Miscellaneous Notes:

AO 440 (Rev. 10/93) Summons in a Civil Action



# United States District Court

### SOUTHERN —————— DISTRICT OF —— TEXAS ——
BROWNSVILLE DIVISION

KINGVISION PAY-PER-VIEW LTD.
as Broadcast Licensee of the October 2, 1999
**Chavez/Wise Program,**
                 Plaintiff,

**SUMMONS IN A CIVIL CASE**

### V.

CASE NUMBER:   **B-02- .050**

MINERVA RAMIREZ SANDOVAL, Individually, and d/b/a
DESPERADOS NIGHT CLUB a/k/a DESPERADO'S
NIGHTCLUB and DESPERADOS NIGHT CLUB a/k/a
DESPERADO'S NIGHTCLUB;
                 Defendants.


TO: (Name and address of defendant)

**MINERVA RAMIREZ SANDOVAL, Individually and d/b/a DESPERADO'S NIGHTCLUB a/k/a
DESPERADOS NIGHTCLUB**
**RR 1, Box 737**
**Raymondville, TX  78580-9722**          **Our File No. C99-8TX-S08**


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**LONSTEIN LAW OFFICE, P.C.**
**1 Terrace Hill, Box 351**
**Ellenville, New York  12428**


an answer to the complaint which is herewith served upon you, within ___twenty   .(.20)___ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after
service.


Michael N. Milby, Clerk

CLERK

3-15-02

DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

CAB-02-50

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 4-13-2002  10:51 AM |
| NAME OF SERVER (PRINT)  ED H. FINK | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

[✓]  Served personally upon the defendant. Place where served: 589 N. 7TH ST., RAYMONDVILLE, TX

[ ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

United States District Court
Southern District of Texas
FILED

[ ]  Returned unexecuted: _____

_____

MAY 1 3 2002

_____

Michael N. Milby
Clerk of Court

[ ]  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-13-02
             Date

Signature of Server

204 W. FERGUSON #108, PHARR, TX
Address of Server                          78577

DAVE C. ECKSTEIN
MY COMMISSION EXPIRES
February 10, 2006

SUBSCRIBED AND SWORN TO ME
ON THE 15 DAY OF APR 20 02

NOTARY PUBLIC

_____

[1]    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

COPY ✓

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF ____ TEXAS ____
BROWNSVILLE DIVISION

KINGVISION PAY-PER-VIEW LTD.
as Broadcast Licensee of the October 2, 1999
Chavez/Wise Program,
        Plaintiff,

**SUMMONS IN A CIVIL CASE**

MINERVA RAMIREZ SANDOVAL, Individually, and d/b/a
DESPERADOS NIGHT CLUB a/k/a DESPERADO'S
NIGHTCLUB and DESPERADOS NIGHT CLUB a/k/a
DESPERADO'S NIGHTCLUB;
        Defendants.

CASE NUMBER: **B-02- 050**

TO: (Name and address of defendant)

**DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB**
**589 N. 7th Street**
**Raymondville, TX  78580**
        **Our File No. C99-8TX-S08**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**LONSTEIN LAW OFFICE, P.C.**
**1 Terrace Hill, Box 351**
**Ellenville, New York  12428**

an answer to the complaint which is herewith served upon you, within ____ twenty ___ (.20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

3-15-02

_____
CLERK
_____

_____
(BY) DEPUTY CLERK

_____
DATE

# RETURN OF SERVICE

CAB-02-50

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  4-13-2002    10:51 AM |
| NAME OF SERVER (PRINT)  ED H. FINK | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

[✓] Served personally upon the defendant. Place where served: DESPERADO'S NIGHT CLUB, 589 N. 7TH ST., RAYMONDVILLE, TX

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED

[ ] Returned unexecuted: _____

MAY 1 3 2002

Michael N. Milby
Clerk of Court

[✓] Other (specify): SERVED MINERVA RAMIREZ SANDOVAL - OWNER

---

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-13-02
          Date

Signature of Server

204 W. FERGUSON #108, PHARR, TX
Address of Server                          78577

★ DAVE C. ECKSTEIN
MY COMMISSION EXPIRES
February 10, 2006

SUBSCRIBED AND SWORN TO ME
ON THE 15 DAY OF APR 20 02

NOTARY PUBLIC

[1]    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



# PRO-FILE LAWYER'S SERVICES CORP.

*821 FRANKLIN AVE., SUITE 304, GARDEN CITY, NY  11530*                    *TELEPHONE 516-747-1330; FAX 516-747-1166*

Lonstein Law Office, P.C.
Julie Cohen Lonstein, Esq.
1 Terrace Hill, Box 351
Ellenville ,  N.Y. 12428

Invoice #  9938962
April 22, 2002

Re:

*KINGVISION PAY-PER-VIEW, LTD., as Broadcast Licensee of the OCTOBER 12, 1999 CHAVEZ/WISE Program,*

Plaintiff/Petitioner

*vs*
*MINERVA RAMIREZ SANDOVAL, ET AL*

Defendant/Respondent

UNITED STATES DISTRICT COURT                    Index #:B-02-050
SOUTHERN DISTRICT OF TEXAS                    Attny's File #:C99-8TX-S08

| Quantity | Service Description | Service Fee | Amount |
|---|---|---|---|
| 1 | Service of Action or attempted service out of state | $185.00 | $185.00 |
|  | Enclosed: Original Affidavit(s) Of Service |  |  |

| | | Total Amount Due = | $185.00 |
|---|---|---|---|
| **Terms:** | | | |
| **Remarks:** | | | |

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

------------------------------------------------------------------

**KINGVISION PAY-PER-VIEW LTD.**
as Broadcast Licensee of the **October 2, 1999**
**Chavez/Wise** Program,

                      Plaintiff, ·

         -against-

MINERVA RAMIREZ SANDOVAL, *et al.,*

                      Defendants.

------------------------------------------------------------------

**Plaintiff's Affidavit for Default**
Civil Action No.  B-02-050
Honorable Hilda G. Tagle

STATE OF FLORIDA      }
                          }ss.:
COUNTY OF              }

      **SKIP KLAUBER,** being duly sworn, deposes and states the following:

      1.     I am Attorney in Fact for plaintiff, **KINGVISION PAY-PER-VIEW, LTD.,** and as such am fully familiar with the facts, circumstances and proceedings heretofore had within.

      2.     I make this affidavit in support of Plaintiff's request to recover maximum statutory damages, including attorneys fees, investigative costs, and interest in the within request for judgment by default.

      3.     The Plaintiff acquired the exclusive proprietary rights regarding the rights to license and sub-license the closed circuit commercial exhibition of the **Chavez/Wise** fight (The "Event") which was held on **October 2, 1999.**  Our company thereafter marketed and sub-licensed the broadcast of the Event in the State of **Texas** to commercial establishments for a fee.

      4.     To explain the history of Plaintiff's claim, your deponent submits that simultaneously with the advent of Pay-Per-View showing of these types of broadcast, of which our

company stands at the forefront, we began to experience a serious erosion of the sales of Pay-Per-View broadcasts to commercial establishments throughout the United States of America and in particular the State of **Texas.** Thereafter, we endeavored to find out what was the basis for the erosion. Much to our disappointment, we discovered that the cause of the erosion of our customer base was the piracy of our broadcasts by unauthorized and unlicenced establishments.

5.      In response, we utilized a program which was designed to identify and prosecute commercial establishments which infringed our proprietary rights in the State of **Texas.** For the **Chavez/Wise** fight which was held on **October 2, 1999,** in the State of **Texas, KINGVISION PAY-PER-VIEW, LTD.**, incurred expenses of approximately $75,000 in anti-piracy investigations.

6.      **KINGVISION PAY-PER-VIEW, LTD.,** through the use of private auditors, incurred expenses of $275.00-$300.00 to each auditor in connection with each location which was observed and identified by an auditor.

7.      To ensure that only locations not authorized to broadcast the Event were visited by the auditors, my company prepared and distributed a list of authorized and legal locations who paid the required fee to broadcast the **Chavez/Wise** fight which was held on **October 2, 1999,** and said list was distributed to all auditors and auditing agencies prior to visiting unauthorized locations on **October 2, 1999.**

8.      It is essential that I communicate to the Court that to the best of my knowledge this programing is not and cannot be "mistakenly or innocently intercepted." Some methods that a signal pirate can unlawfully intercept and broadcast such program illegally are as follows without limitation:

a.      The use of a "blackbox" which is purchased for a fee and when installed on a cable TV line will allow for the descrambled reception of a pay-per-view broadcast, or

b.     The purposeful misrepresentation of a commercial establishment as a residential property would allow the purchase of a pay-per-view broadcast between the sum of $25.00 and $50.00, or

c.     The use of an illegal cable drop or splice from an apartment or home adjacent to the commercial establishment premises who would purchase the broadcast at a residential price and divert the program to the commercial establishment and/or

d.     The same initial actions being employed with respect to a "DSS Satellite Systems" or a "C-Band Satellite System."

9.     These forms of satellite theft also involve the misrepresentation of a residential location, purchase of illegal unincryption devices, and/or the purchase of illegal satellite authorization codes which are readily available on the Internet and in various publications which are presently unregulated in the Nation of Canada.

10.    Turning these facts to the matter before the Court I have been advised by counsel that the Court has the discretion in the awarding of damages for these nefarious and illegal activities.

11.    It is respectfully submitted to this honorable Court that the unchecked activity of signal piracy not only has resulted in my family's business being pushed to the brink of financial ruin, but also has a negative effect upon lawful residential and commercial customers of cable and satellite broadcasting whose costs are necessarily increased significantly by these illegal activities.

12.    We, at **KINGVISION PAY-PER-VIEW, LTD.,** believe that such acts of piracy have cost us in excess of two million dollars ($2,000,000.00) in the last few years while at the same time causing a reduction in our lawful business resulting from the perceived lack of consequence for such unlawful interception.

13.    I, therefore, humbly ask this Court to grant the maximum allowance for statutory

damages due to the fact that such actions are *per se* intentional and do not and cannot occur without the willful and intentional modification of electronic equipment, the business misrepresentation of a commercial establishment as a residential one or, the removal of cable traps or devices designed to prevent such unauthorized exhibits.

14.    We have expended additional tens of thousands of dollars with respect to our engagement of counsel to prosecute these matters. In this area, it has been very difficult to obtain representation with an attorney who at the end of a Federal Court litigation he or she are only being presented with a small judgment which is of dubious collectability. Therefore, I would ask that the Court award the sum of $1,500.00 in attorneys fees per location, as we average an expense far greater on that amount on a statewide and national basis.

**WHEREFORE,** your deponent respectfully requests that this Court find the defendant in default and grant the Plaintiff's request for maximum statutory damages in the sum of $100,000.00 plus $10,000.00 as additionally allowed plus interest at the rate of nine (9%) percent from the date of the fight and investigative costs associated with this action at $275.00 per defendant and attorneys fees in the sum of $1,500.00 for each of the above underlined in the caption.

Dated: June 12, 2002

_____
SKIP KLAUBER
Attorney in Fact for
**KINGVISION PAY-PER-VIEW, LTD.**

Sworn to before me on this 12 day
of June, 2002



_____
Notary Public- State of Florida

Candace Lorrin Blank
Commission # CC 876835
Expires Oct. 5, 2003
Bonded Thru
Atlantic Bonding Co., Inc.



the mother.

"She is a woman of integrity, who decided to tell the truth rather than protect her son, who was stealing, who was a thief. She was called on to tell the truth, and she did tell the truth."

Craig Burgess was allowed to remain free on bail to await trial. ◼

# He's held on cable TV piracy count

*by Dave Racher*

*Daily News Staff Writer*

The cable TV investigator was looking for a signal from a Northeast Philadelphia man last September.

A signal that Robert Shuller, 30, was operating an illegal cable TV descrambling business at his apartment on Ridgeway Street near Nandina in Somerton.

So Michael McCloskey called Shuller and pretended to be interested in buying altered cable boxes.

"The defendant indicated to me that he could provide me with a cable box able to receive free pay-per-view on any system in the area," said McCloskey during a preliminary hearing yesterday.

Assistant District Attorney Reeve Swainston said McCloskey wound up breaking up a "major" signal-stealing racket.

Yesterday, after the hearing before Municipal Judge William A. Meehan Jr., Shuller was ordered to stand trial on a series of fraud charges, including theft of services and manufacturing unlawful telecommunication devices.

"The evidence showed that he is one of the biggest players in the field and probably one of the biggest in the Northeast," said Swainston.

McCloskey testified that Shuller was charging $200 for the sale of an altered cable box, and $90 for altering one brought in by a customer.

If someone brought in 10 boxes, Shuller would reduce the price to $60 per box, McCloskey said.

The witness said Shuller once demonstrated how he opened cable boxes and replaced computer chips so buyers could see scrambled stations for free. ◼



Waterford for the Millennium

It has been a time of wonders, challenges & changes. Through it all, man still yearns for Peace, Prosperity, Health, Love & Happiness.

vbridge's

ORDER ANYTIME
CALL TOLL-FREE
1-800-424-9205

## retailer.DIRECTV.com

Logout    Home

**Communications**



**Payment Management**



**Sales Reporting**

**Toolbox**


- Access Card Info
- Ad Slicks & Logo
- Fulfillment Catalog
- Customer Eligibility

**Hardware**



- **WebFLASH:**
  **Theft Equipm**
  **Seizure**

- Product List

- Manufacturer
  Contacts

# DIRECTV Seizes Signal Theft Equipment from 11 Locations in Six States

### Raids included Two Facilities Believed to be Manufacturing Signal Theft Devices

Continuing to intensify its enforcement actions against signal pirates, DIRECTV, executed civil seizure and impoundment orders against 11 businesses in Florida, Indiana, Illinois, Utah, California and Texas, including two sites that were manufacturing signal theft equipment.

The raids at 10 of the sites, conducted simultaneously by members of the DIRECTV Office of Signal Integrity, Engineering and Legal departments with support from federal, state and local law enforcement entities, netted thousands of devices used to steal DIRECTV® programming, including parts, equipment and other materials used in creating signal theft devices. The enforcement actions grew out of investigative work related to civil seizures executed last May against three locations in Orange County in Southern California that also resulted in the seizure of thousands of signal theft devices by DIRECTV.

Three defendants, who had used the facilities in Orange County to distribute pirate access cards, operated eight of the distribution centers that were the target of the most recent seizures. The suspects, Art J. Deerey, Jr., of Naples, Fla., Li Sang, of Westfield, Ind., and Steve Hutt, a Canadian citizen, were believed to have been advertising and selling illegal theft devices through multiple Web sites, and using the facilities as fulfillment centers.

DIRECTV also executed search warrants at two manufacturing companies located in the Chicago area and in Southern California. American Precision Electronics, Inc. of Carol Stream, Ill., and Micro Contract Assembly, Inc., of El Toro, Calif., manufacturers of legal electronics products, were believed to have manufactured signal theft devices sold by the three defendants.

In Texas, a civil seizure action was conducted against both the residence and a warehouse used by Scott Gray, of El Paso. Gray is believed by DIRECTV Signal Integrity officials to be a major seller of signal theft devices over the Internet.

As a result of the most recent seizures, DIRECTV has amended its original civil complaint filed last April in Orange County to now include 49 defendants. A federal judge has also granted a request by DIRECTV to freeze nearly $250,000 in assets maintained by the defendants, as well as a temporary restraining order prohibiting the defendants from trafficking in signal theft devices.

"These seizures, conducted simultaneously against multiple targets, represent significant enforcement actions in our ongoing campaign against signal pirates," said Larry Rissler, vice president, Office of Signal Integrity for DIRECTV, Inc. "We've put out of business and frozen the assets of an extensive distribution network that served as fulfillment houses for individuals who sold signal theft devices on the Internet."

"This clearly demonstrates an effective use of the law under the Digital Millennium Copyright Act and underscores DIRECTV's determination to turn up the heat on signal pirates wherever they operate," he added.

In addition to the Digital Millenium Copyright Act, the complaints have also included claims under the Federal Communications Act, Federal Wiretap laws and various state Penal and Civil Codes.

###

© 2001 DIRECTV, Inc. All Rights Reserved



## Free Cable

First of all, take note of what channels you DON'T have. Try some like HBO, Cinemax, Showtime, Disney?, Encore, Movie Channel, etc., etc. These come in handy when you finally get them. Next, it is very importa you do this when no one is outside, otherwise the entire plan will be ruir

Go outside. Find where you cable relay is. Not the one on your house, b the one in your alley, telephone poll, backyard, frontyard, or near your house. The BOX type cable relay is usually green or gray. These are the easiest to break into. What you need is a hammer and a point (optional). What really works good is a geologist hammer. Anyways, once you get lock off take a look at the cable relay. There is sometimes more than one cable line into the box. This is probably your neighbors cable. Find the c in the box that is on your side. Confusing? Here let me show you.

```
        ffffffffffff

   f   /\   /-\ f      f = frame of cable box

   f  () | () | f      | = Cable line

   f  () | () | f      () = Metallic tubes that blc

   f  |  | | | f       g = Ground

   f  |  | | | f

   f  |  | | | f

   f  |  | | | f

   f  |  | | | |
 gggggggggggggggggggggggggggggggggggggg

        /^\   /^\

         |     |
 <-Your house--- /   \ --Neighbors house-->
```

Ok, your operation is to remove the little silver looking tubes. These tub block out channels like HBO and Showtime. Take off one of the little tu Close the box, go inside, turn on your T.V and flip through the pay chan

to see which channels you got. Ok, you keep removing them until you h[...]
every single pay channel imaginable. There is one problem with this pla[...]
next time the cable man comes by and sees you have been ripping off ov[...]
$50 worth the pay channels every month, he is going to be pretty mad. S[...]
he'll probably disconnect your cable. Just think about it though, "Uhhh
ohhhhh! this will be REEEEAAAALLLL HARD to reconnect." Just go
to the cable box and reconnect the disconnected wires. One way to get
around this is to give everybody in your neighborhood free pay channels
that way he can't convict the culprit. If you keep doing this every month
being caught then you got it made. Otherwise they will permanently
disconnect your cable and take you to small claims court for every dolla[...]
worth of cable you stole.

For you people whose cable relay is on a telephone pole, you are going t[...]
have to get a long ladder and climb up it. Just find the cable wires leadin[...]
into your house. Take ALL of the tubes off since you are sort-of in a hu[...]
Take your ladder down and go inside, make a glass of ice-tea and enjoy
cable.

Since it is late at night, there will probably be some good movies on
Showtime or Cinemax. See? Being bored can be fun!

*Note: This was found in cyberland somewhere and I don't know the original author. I'm not responsible f[...]
info contained.*

0.) FOIL ANTENNA HOW TO DESCRAMBLE CABLE WITH
ALUMINUM FOIL

1.) SCRIBBLE VISION HOW TO GET CABLE BY OPENING UP YC[...]
TVS

2.) $12 DECODER BUILD A CABLE DESCRAMBLER WITH 7
SIMPLE PARTS

3.) RELAY CRACK HOW TO GET YOU AND YOUR NEIGHBORS
FREE CABLE

4.) FOIL ANTENNA 2 A DIFFERENT WAY TO USE ALLUMINUM
FOIL

5.) VENDORS PLACES WHERE YOU CAN BUY DESCRAMBLER[...]
FILTERS,TEST CHIPS ETC.

6.) BOXES HOW NOT TO GET CAUGHT WITH BULLETS AND
TRICKS

7.) NOTCH FILTER WHERE TO BUY THESE FILTERS, AND HOW

THEY WORK

8.) GATED SYNCS ANOTHER PLAN

9.) EURO TV COMPLETE PLAN WITH COMPONETS LIST

10.) SYNC REGENERATORS CLEARS UP CONFUSION ABOUT
SYNC

11.) IDENTIFY FIND OUT WHAT DESCRABLING METHOD YOU.
CABLE COMPANY IS USING (Includes Pictures)

12.) CABLE TV FYI INFORMATION ABOUT CABLE

13.) WIRELESS FAQ INFORMATION ABOUT WIRELESS CABLE

14.) TURN ME ON HOW A BULLET BLOCKER ID GETS PREMIUI
CHANNELS

15.) CABLE GUIDE CUBES, CONVERTERS,FILTERS,TOOLS, ANI
TEST CHIPS

16.) MAXI DECODER A PLAN FOR CABLE WITH SYNCONIZATI
CODING

17.) VIDEO BASEBAND EASILY DESCRAMBLES SUPPRESSED
SYNC VIDEO

18.) JERROLD CUBE THE GROUP 42 PLAN FOR A UNIVERSAL
CUBE/WPCB

19.) CABLE FREQUENCIES CABLE TV FREQ. FOR RE-ADJUSTIN

20.) STEALING TV STEAL CABLE WITH MAGNETS OR FROM
YOUR NEIGHBOR

21.) INTERCEPT LEAKS RECEIVE TOTAL CABLE SERVICE
WITHOUT PAYING

Copyright 1998,1999 Alex Davidov. Legal Disclaimer & Copyright Notice



# HOOK-UP GUIDELINES

In order for the notch filter to properly eliminate interference, the filter must be hooked up correctly. The filter should be placed before all other devices. This is important because whenever the signal is demodulated (the RF signal is separated into video and audio), the interference becomes impossible to remove. This means the notch filter should be placed before any decoder boxes or VCRs. You can place the notch filter after a channel selector box to remove interference on whichever channel the selector is on.



## THIS

When used with Channel Box, with #2, #3 or #4 Filter Only

When used with Channel Box, with #2, #3 or #4 filter

When used with a Cable-Ready TV, used a filter for the bad Channel(s)

Used this with Cable Box for Channel higher then #5

## Not This

You can not use the V.C.R. as your channel box (This will not work)

This will not work. The filter has to be connected before the V.C.R.

Bullet Installation only connect to input of Cable

**Note:** If you want to use the bullet eliminator with your decoder box, make sure that it is place immediately before the decoder.

## TUNING PROCEDURE

Built filters have been tuned to the specified channel marked on the filter. Most of the time the filter needs to be fined tuned. First you must use a jeweler's type screw driver or you could damage the components. The fine tuning adjustment of the filter is very critical. The slightest movement of the controls may lose the settings. When tuning the filter, turn the Freq. Adjust first until the picture comes in best. Then turn the fine tuning until the picture is as clear as possible. Repeat the two steps until the best picture is achieved.



# The Bullet Eliminator



Cable TV services have come a long way since they put antennas on hilltops to relay programs to customers hidden in radio "shadows". People subscribed to what used to be called community TV, because they had to, not because they wanted to, but now this has all changed. Cable TV offers scores of channels and special programs not available from commercial channels, for a monthly fee. The latest estimates place the number of homes in the U.S. with cable TV at 52 million, an astounding 61% of all homes.

However, Cable TV has become a victim of its own success. Many people want the programming but are unable or unwilling to foot the monthly bill. So many have turned to "pirating" the programs with unauthorized converters. Not surprisingly, the cable TV companies are striking back at unauthorized (nonpaying) user by charging them with "theft of service." According to the National Cable Television Association, U.S. cable companies lost $3 billion in revenues because of pirating in 1991. The cable companies have developed counter measures to root out offenders. These include the infamous BULLET (see Radio-Electronics, January and April 1992). The selective BULLET will ZAP only unauthorized TV converters or descramblers hooked up to the cable. With fully addressable systems, Cable TV companies send data to your converter over the cable with an FM signal called a data channel.

This is done by frequency modulating the data at 106.5 MHz. Cable companies use addressable converters because they are cost effective and convenient. When a customer calls for a change, or orders a pay-per-view movie, these instructions can be carried out automatically with the cable companies' computer. However, not all homes with Cable TV have addressable converters yet.

You can find out if your cable system is addressable and thus susceptible to the BULLET by finding the data channel. First, hook up your FM receiver to the Cable TV system. Then, scan the FM band to pick up any high pitched buzzing noises, usually around 106.5 MHz. The Bullet Eliminator will remove the noise and prevent you from being a target for surveillance and an electronic shield that will block the BULLET.



 **Return to Video Media'sHome Page**

---

**Order Now!**

---

**Video Media,**
**P.O. Box 93/6025**
**Margate, Fl. 33093**
**1-954-752-9202**

---

**Filter Kits with all Parts**

Quantity = 1 to 2 Price $ 20.00 each
Quantity = 3 to 9 Price $ 15.00 each
Quantity = 10 to 20 Price $ 9.00 each
Quantity = 21 & up Price $ 7.00 each

# Zenith Chip Prices

Quantity = 1 to 10 Price $ 14.99 each
Quantity = 11 to 50 Price $ 12.50 each
Quantity = 51 to 100 Price $ 10.00 each

# Shipping Charge

UPS Ground $ 4.00 per order
UPS 3-Day Air $ 6.00 per order
UPS 2-Day Air $ 8.00 per order

# Descrambler FACTS:

*This page was designed to answers most of the consumer's questions about cable TV descramblers and the dynamics behind the industry.*

1. **Are Descramblers legal ?** YES! Descramblers are legal. If your cable TV company can possess & rent the box to you then you can own the box yourself. An example in time would be when AT & T rented telephones to consumers. The feds directed that it was legal for consumers to own their own phone. Now you wouldn't consider buying only from ATT. The cable TV industry is in its early stages relative to this development. It is legal for you to purchase and it is legal for you to own. When you buy a cable box it is your responsibility to inform the cable TV company that you are accessing their signal. It is illegal to receive their transmission without paying for it. This holds true even if your cable box is purchased as a non-addressable, non-detectable, and "bullet proof" unit.

2. **Are all Descramblers and Converters alike?** No. Prices can range from $24 to $225 on our page depending on budget and amount of features included in the equipment. Some companies offer to sell you a description of how you can build(implied), with only 7 parts from Radio Shack, a descrambler. Some sell old converters and descramblers that are barely in date and likely to be replaced by the cable companies by higher technological grades of equipment. Some cable box sellers provide systems that hardly provide any benefit to the purchaser where the quality of reception is poor, without recourse. State of the art cable box companies will provide the most recent technology in a variety of packages tailored to fit the consumer's budget. They should provide two-piece systems, all- in-one combination systems

3. **Do you need a Converter if you have the cable company box, VCR, or a cable ready TV?** Yes you do. In order to establish a non-addressable system, it is essential to have a converter. A cable ready TV, VCR and a Cable Company box do not provide for this feature and in not doing so, cannot replace a converter. You must have a converter to use a descrambler. This is especially true if you are desiring a converter/descrambler that cannot be altered or addressed by your cable company.

4. **What is a Cable Converter?** An electronic tuning device that transposes all available channels from the cable company into either channel 3 or channel 4. A converter is simply a "channel changer" that cannot by itself descramble encoded premium channels. It allows you to receive all basic channels if your TV is not the cable ready type. When you add a descrambler to your converter, it allows you to view all premium channels.

5. **What is a Descrambler?** A Descrambler is a device that restores the picture and sound of a scrambled channel. A Descrambler must be used with a Converter (in a two-piece configuration) to be able to descramble all the premium channels of a cable system.

6. **What is a Converter/Descrambler?** A single (one-piece) unit capable of descrambling premium cable channels. This unit contains a converter and a descrambler, enclosed in a common box. This is also the most common type of equipment supplied by the cable company to subscribing customers. Customers usually pay a specified monthly rental fee for such equipment.

## 7. What is an Addressable Converter/Descrambler?

This is a Converter/Descrambler that can be controlled by the cable company from their office location. Through remote coded messages sent via the cable system, the cable company can "address" the customer's unit to begin descrambling selected premium or pay-per view channels. An addressable unit allows the cable company to access your cable box to change the descrambling configuration or program. This function provides the cable company the ability to add or delete descrambling on the channels that come in through your cable line. A non-addressable unit does not provide the cable company access to the cable box program. The program remains stationary and is unchangable. Both cable box designs have the potential of receiving all channels, none or somewhere in between dependent on the box program.

## 8. Cable terms: Basic Cable, Premium Cable, Pay Per View Services?

Basic Cable Service: The least expensive cable service provided by cable companies to their customers. This service usually includes Local TV channels which can be received directly from the broadcast signal of the TV stations. Premium Cable Service: Additional programming service provided by the cable company to subscribing customers. The extra fee for such additional service may be based on a per channel, per group of channels, or on any other combination of channels. Pay Per View: Selected channels that offer movies and special events such as sports or adult entertainment, for an additional fee, on a per movie or per program basis. A special "addressable" converter is furnished by the cable company to subscribers of this service. Through the use of special equipment, the cable company can "address" the customer's converter to descramble the program for which the fee was paid.

## 9. Can your Descrambler work anywhere?

No. Descramblers are specific to each cable system. Different cable companies use different cable systems, characterized by the manufacturer's brand name and model number. You must use a compatible descrambler that works in your area but may not work in a different area.

## 10. What do you do if your Converter/Descrambler doesn't work?

Call your Converter/Descrambler box source. Let them know that there are problems. Most companies want to correct any problems you are having. If you are working with a customer oriented company, they will work diligently to remedy your problem. Don't just let it go. They will want a satisfied customer who will refer them additional business. The company may not have a quick answer for about 5% of the problems out there. Be patient and work with your cable box company until you find the right converter/descrambler box for your area. Sometimes technology changes for your area and the source may need to do some additional research to get the desired image. Do this before the warranty/guarantee has run out. Even then there may be a solution.

## 11. How can you improve the quality of your Converter/Descrambler reception?

Amplification may be needed to correct the problem. Whenever a cable signal is split between two or more TVs or routed to some other video components such as VCRs, the signal weakens and produces a poor quality picture. The weak signal may cause a "snowy" or gray picture, or may even result in weak color or lack of color. Since most cable viewers use several different video components, it is recommended that an amplifier be used to restore the signal strength and the picture sharpness. In most cases, the amplifier brings the picture "back to life" and restores its original quality. Consider using a 10db Amplifier to improve signal strength.

**12. What are "bullets" and can the cable company destroy my box ?** Bullets are nothing more than transmitted signal which effects the cable box program. It does not fry the guts of the equipment but rather may shut the box off temporarily, reprogram the box, or shut the box down in an error mode until service can rectify the problem. A non-addressable box will manage this process effectively. This is what is meant by a "bullet-proof" cable box.

---

**13. How do you determine the replacement for your cable box ?** 1) Get the brand name & the model number of the converter/descrambler unit that was supplied to you by your cable company. The brand name is located on the front of the box. The model # is located on the bottom of the box on a tag. 2) Look at the companies list of cable box products and their corresponding replacement descriptions (your equipment model number) in their catalog. From this you can determine what you will need or consult in conjunction with your cable box source for the right replacement.

*affordable web site design*

# HACKERS RESOURCES

■

**AMERICAN HACKER NEWSLETTER**
**3494 Delaware Avenue**
**Buffalo, NY 14217-1230**
**Voice:/Fax 1-716-283-6910**
**$29.95 per year**
**DSS, Satellite,etc.**

■

**2600 MAGAZINE**
**SUBSCRIPTION DEPT.**
**P.O. BOX 752**
**MIDDLE ISLAND NY 11953-0752**

**SUBSCRIPTIONS:**

**USA**
**$21 PER YEAR**

**OVERSEAS**
**$30 PER YEAR**

**BACK ISSUES: 1984 TO 1994 AT $25 PER YEAR,**
**$30 PER YEAR OVERSEAS.**
**Good Information, Mostly on Telephones. Nice.**

■

**THE HACKERS UNDERGROUND DIGEST (THUD)**
**SUBSCRIPTION DEPT.**
**P.O. BOX 2521**
**CYPRESS, CA 90630**

**SUBSCRIPTION:**

**USA**
**$20 PER YEAR**

**FOREIGN**
**$35 PER YEAR**

**ALL FUNDS IN US DOLLARS ONLY**
Like 2600, except covers more areas. Similar format. Nice.

■
**BOMARC**
**P.O. BOX 1113**
**CASPER, WY 82602**
**1-307-234-3488**

**Need Schematics? Try These Folks. They Have over 3,000 Schematics For Lots Of Odd-Ball Stuff your Mother said to stay away from... Send 5 stamps (US-.32 cent) - Ask for Catalog, Give Field of Interest, i.e., TV, Cable, Satellite, Etc.**

**E-mail 'em at: ralphz@trib.com or BBS at: 1-307-266-2044 or Fideonet" at 1:303/15**

■
**SATELLITE WATCH NEWS**
**P.O. BOX 475**
**Rose City, MI 48654**
**517-685-3410**

**Subscription to SATELLITE WATCH NEWS is $34.95 per year,3rd Class Postage, $49.00 1st Class, USA. Long the heralded flagship of VideoCipher Hacking News, SWN now covers DSS and other systems as well.**

■
**NUTS & VOLTS MAGAZINE**
**SUBSCRIPTION DEPT.**
**430 Princeland Ct.**
**Corona CA 91719**

**SUBSCRIPTION:**

**USA**
**$19 PER YEAR - $35.00 2-YEARS**

## FOREIGN
## $100.00 PER YEAR/AIR MAIL

**What can I say.**
**The complete Monthly Resource for ANYBODY**
**Experimenting with ANYTHING!**
**Get A Subscription NOW!**

| Return To Home Page | Order Form | Ordering Instructions | Return To Technotes Page |

Get your fingers off your organ,
and on to a . . .





# YOU <u>DONT</u> HAVE TO
## PAY FOR CABLE TV ANYMORE!

**From the desktop of Steve *'Cable Guy'* Gibbs**
**12:55 pm, March 08, 2000**

**Dear Internet Friend,**

Wouldn't it be great if you recieved every single channel your cable company provides? Pay per views.. Movie channels.. Sports channels.. Adult Channels.. Specialty channels..

**NOW YOU CAN GET EVERY CHANNEL YOUR CABLE COMPANY RECIEVES FOR FREE!**

I have developed my very own software, that includes 31 methods on how to descramble Cable TV. You may see other websites selling out-dated cable plans, but If you want WORKING plans, please continue reading!

Im going to <u>show</u> you:

- How to intercept cable leaks
- How to steal cable with magnets
- How to use a Notch Filter to get 100's of channels
- How to use a relay crack, to get you and your neighbours cable!
- How to use "clone" and "3 musketeer" Satellite TV.
- How to get cable by opening up the back of your TV.

- How to build a Jerrold Cube *hot*
- My working European TV Descrambler system plans!
- I show you your cable companys reception (**saves you time!**)

**And over 13 different methods to get cable for free!**

# Why pay for Cable?

Did you know it's perfectly legal to use your own cable descrambling equipment? Its true! You no longer legally have to use the cable company's expensive boxes!

### With my Package:

- Your going to **save a minimum of $360 a year**
- Your going to get more channels then you currently pay for!
- My Killer cable Plans work in Europe and North America!
- You can build boxes and sell them to friends!
- I show you 31 different **UNIVERSAL** ways to get cable!



## Start getting cable in under 10 minutes!

My software is the **only working cable** descrambling package on the net!

My new software has 31 methods on descrambling cable, and information on identifying your cable companys reception!

Personally, I don't see the point in paying a monthly bill for something you can get for free! Neither should you!

# You get these plans in my new Package!

| HACK CABLE | 1.The Hacker's guide to cable TV |
| PAY TV FAQ | 2. FAQ - Decoding pay TV - 1.2 |
| CABLE TV INFO | 3. Info for the simpleton to the guru about cable |
| $12 DECODER | 4. The old 7 step plans being sold on the internet |
| NOTCH FILTER | 5. A real working plan being sold on the internet |
| GATED SYNCS | 6. Another working plan being sold on the internet |
| 15 DOLLAR BOX | 7. How to build a cable descrambler for 15 dollar |
| RELAY CRACK | 8. How to get you and your neighbors free cable |

| FOIL ANTENNA | 9. How to descramble cable with aluminum foil |
|---|---|
| FOIL ANTENNA 2 | 10. A different way to use your aluminum foil |
| SATELLITE TV | 11.How you "clone" and "3 Musketeer" decoders |
| EURO TV | 12. Complete plans with components list and schematics2 |
| SCRIBBLE VISION | 13. How to get cable by opening up your TVs |
| SYNC REGENERATORS | 14. Clears up some confusion about syncs |
| IDENTIFY | 15. Find out which scrambling method your cable company uses |
| MAD PHONE-MAN | 16. Collection of 3 texts written by The MPM |
| LOGIC GOD I & II | 17. Collection of 2 texts written by Logic God |
| WIRELESS FAQ | 18. Frequently Asked Questions of wireless cable |
| TURN ME ON | 19. How a bullet ID blocker gets premium channels |
| CABLE GUIDE | 20. Cubes, converters, filters, tools, and test chips |
| MAXI DECODER | 21. A plans for cable with synconization coding |
| VIDEO BASEBAND | 22. Easily descrambles suppressed sync video |
| CABLE FREQUENCIES | 23. All the cable TV freq. for re-adjusting |
| STEALING TV | 24. Steal cable w/ magnets or from your neighbor |
| INTERCEPT LEAKS | 25. Receive total cable service without paying |
| SALORA | 26.Salora Cable Descramblers |

**I teach you step by step how to build boxes! Best of all, I give you detailed diagrams so you dont make any mistakes!**

**I have hundreds of happy customers worldwide, that have put my special software to work and none of them pay for cable!**

## Here are a few words from some of my happy customers!

*"At first I was skeptical about the plans working, because I live in Canada, but I ordered the plans, got instant access to the book, and It only took me about an hour to setup. Now I have all the channels I need!"* **Bob Glover, Hamilton Ontario**

*"Your e-book is great! I really like the fact that I got instant access to your book after I ordered and didn't have to wait. Me and my kids followed your instructions and they work! I now have 93 channels. Thank you so much!"* **Suzanne Wood**

*"I just want to say that your software is great. I now get all the wrestling pay per views, and it doesn't cost me a dime!"*
**David Appleton, Sandiego California**

**Start getting 100's of Channels in <u>under</u> an hour!**

So, are you ready to get <u>every single channel</u> you can imagine for free?
Are you ready to save big money not having to pay for cable?

If you answer yes, your going to get *instant access* and download
my software within the minute your order via **secure credit card Transaction!**

**Order now and as a bonus I'm going to give you:**

<u>**FREE BONUS #1:**</u> Im going let you in on my killer secret home
based business. Get the cable descrambler package, and get $40
off my home based business package free!

<u>**FREE BONUS #2:**</u> Im going to give you **5 FREE softwares** that
allow you to **watch TV on your PC** for free when you order right
now!

<u>**FREE BONUS #3:**</u> When you order, I give you the rights to build
cable boxes, and sell them! You keep **100% PROFIT!**

# I HAVE JUST REDUCED THE PRICE!

If you order right now, I will let you in on my special deal.. I have
lowered the price of my software.. for **the next 177 visitors.**
From $18.95
**To:**
**NOW ONLY $7.95!!**

Order Now! I don't know how long I'm going to keep the price so low!

Best of all, when you order right now, you get my package Instantly!

Your friend,

Steve Gibbs

steve@cashcreators.net

**P.S.** - Your Going to save money, <u>**At least**</u> $360 a year on a cable
bill!
You will get Movie Channels, Pay per view, Regular cable.. FREE!
You can build cable boxes and sell them, **100% PROFIT!**

**P.P.S -** You get 31 cable descrambler plans, 5 Softwares that allow you to watch tv on your pc, detailed diagrams and easy to follow instructions! Your going to get alot of free tv! Enjoy!



Copyright © 2000 Steve Gibbs.  All Rights Reserved
#201-20 Van Horne St.
Penticton, BC
V2A 4J5


CLICK HERE  <



HOME   PRODUCTS   CONTACT US   DEALERS   SUPPORT   RETURNS    🔒 Shopping Cart

View Cart
Checkout

## YOU HAVE FOUND THE LOWEST
## PRICED CABLE BOXES ANYWHERE!!!
### &
## WE HAVE LOWERED OUR PRICES EVEN MORE!!!

**Specials:**

**FREE SHIPPING**

**NO HIDDEN SHIPPING COST!!!!**

FREE **2 BUSINESS DAY FED EX** SHIPPING FOR ALL
ONLINE CABLE UNIT OR RFT UNIT ORDERS AT RETAIL
PRICE !!! A $20.00 VALUE!!!
FREE **STANDARD OVERNIGHT** ON ORDERS OF
2 OR MORE CABLE OR RFT UNITS AT RETAIL PRICE
WHEN SHIPPED TO THE CREDIT CARD
BILLING ADDRESS OR C.O.D.
**(SELECT SHIPPING OPTION - ONLINE ORDER FORM)**

## $ONLY AT WWW.ALL CABLE DESCRAMBLERS.COM!!!$

WE HAVE GONE TO AN ONLINE SALES FORMAT SO WE
CAN BLOW OUT OUR COMPETITIONS PRICES.

**Note:**

**NO NEVADA OR AREA CODE 916(SACRAMENTO) &
516/631(LONG ISLAND) Orders Please.**

The cable company is not aware of the use of these units. You must
pay for all channels that are viewable after installation!

Our products will NOT work on DIGITAL CABLE - If you have a
General Instruments DCT, Scientific Atlanta Explorer 2000, or a
PIONEER 9000(will work in HI).

**Featured Product:**

**ALL NEW RANGER
5000  NEW**
This is the newest universal
box on the market. We are
the first to introduce it & it



can only be found on the internet
BEST PICTURE QUALITY
OR YOUR MONEY BACK!!!

*Buy this online* | More...

**Privacy Guaranteed:**

We understand the importance of keeping your personal information confidential. All information is used solely for sale purposes and will never be distributed to any other source without your knowledge.

**Warranty:**



ALL PRODUCTS carry a 30 day money back guarantee (no questions asked) and a 1 year parts and labor warranty. Does not include $10 MIN. Shipping Charges. No warranty, either implied or expressed, covers in the event of cable operator system changes.

## ALL UNITS ARE BULLET PROOF

Jerrold, Panasonic, Zenith, Pioneer, Scientific Atlanta, and Tocom are all registered trademarks. All references to the mentioned equipment are for identification purposes only.

We are in no way implying that any of the products we offer are original equipment, nor are we affiliated with the above mentioned companies. Our educational test activators are to be used for training serial communication specialists or self education hobbyist.

They are not intended to be connected to a cable system signal without paying for these services you use. Doing so maybe in violation of state or federal LAWS. We will not in any way sell these test devices for the purpose of cable theft or to be used on equipment that you do not own.You must read our disclaimer and agree to all of it's terms and conditions before purchasing our test devices.

cable descramblers, cable descrambler, cable box, cable boxes, rft plus, rft dam, rft-plus, rft-dam, cable tv, cable tv converters catv, cable converters, blackbox , black box , hbo , showtime , spice , pay per view channels, pioneer, jerrold, scientific atlanta, tocom, zenieth, boxing, mike tyson, free legal cable, free movies, movies, adult movies, free adult movies, free cable, porno, free porn , free sex, cable descramblers, cable descrambler, cable box, cable boxes, rft plus, rft dam, rft-plus, rft-dam, cable tv, cable tv converters catv, cable converters, blackbox , black box , hbo , showtime , spice , pay per view channels, pioneer, jerrold, scientific atlanta, tocom, zenieth, boxing, mike tyson, free legal cable, free movies, movies, adult movies, free adult movies, free cable, porno, free porn ,free sex, cable descramblers, cable descrambler, cable box, cable boxes, rft plus, rft dam, rft-plus, rft-dam, cable tv, cable tv converters catv, cable converters, blackbox , black box , hbo , showtime , spice , pay per view channels, pioneer, jerrold, scientific atlanta, tocom, zenieth, boxing, mike tyson, free legal cable, free movies, adult movies, free adult movies, free cable, porno, free porn ,free sex, cable descramblers, cable descrambler, cable box, cable boxes, rft plus, rft dam, rft-plus, rft-dam, cable tv, cable tv converters catv, cable converters, blackbox , black box , hbo , showtime , spice , pay per view channels, pioneer, jerrold, scientific atlanta, tocom, zenieth, boxing, mike tyson, free legal cable, free movies, movies, adult movies, free adult movies,

Case 1:02-cv-00050   Document 9   Filed in TXSD on 06/24/2002   Page 47 of 83

**cable boxes and tv descramblers**





digital cable descramblers and cable boxes digital

**Absolutely No New York Sales!**

 **Free BUILT-IN** bullet protectors on every item we sell (a $20 Value!) protects your equipment from power surges and other mysterious electrical signals (BULLETS).

Money Back Guarantee *The best quality Universal ca box available for the price!*

*If you want our top-of-the-line cable box click he*

### The NEW 2000 Viewmaster PLUS Multiview UNIVERSAL

 This is the ORIGINAL, NOT a cheapimitation that others sell for $ less!! Satisfaction Guaranteed!!

**100% Satisfaction GUARANTEED! Our NEW 2000 Viewmaster Plus Multiview will ALL of the following systems! Guaranteed or your money back!**

**Scientific Atlanta Cable Boxes** *PERFECT* **for 8610x, 8550,8570,8580, 8590, 8600,8600, 8610x, st's.**

**Jerrold Cable Boxes CFT 2254 (98% of all /SP's!!), 2200, 2014, DPBB, DP-V7, DP7, DPV-5, DP5**

**Pioneer Cable Boxes BA 5000+, and BA 6110, 6310, and all Pioneers (except the 9000 and up).**

**Hamlin Cable Boxes:** ALL

**Tocom Cable Boxes:** 5503, 5503 vip, 5507, 5507 vip

**Zenith Cable Boxes:** St 1000-1601, St 2600, ST5612, ST5622, ST 5xxx, HT2500 series, and MM250

**Oak Cable Boxes:** ALL except the Sigma

If you have a digital **Scientific Atlanta Exporer 2000** or a **General Instruments DCT** Please **CLICK**

Don't know what box your cable company uses? **CLICK HERE**

|  |  |
|---|---|
| <ul><li>Prologic Surround Sound Compatable</li><li>192 Channels(125 VHF Plus UHF)</li><li></li></ul>Parental Control<br>Favorite Channel Memory<br>Sleep Timer<br>Last Channel Recall<br>Volume Control<br>Fine Tune<br>Full Function Remote<br>Left/Right Stereo Outputs<br>Video Output<br>HRC/IRC/STD Switch<br>Ch 3-4 Output<br>120v Power Outlet<br>100% Fully Upgradeable<ul><li>Colorburst Correction</li><li>Remote Inversion Correction</li><li>Fully Compatable with ALL home thaetre systems</li></ul> | Do you have a home theater? Are you thinking about buying one? Our NEW re-designed Year 2000 View Master MULTIVIEW PLUS Universal PA is a great descrambler/converter and will NOT block surround sound signals like most other descramblers and converters on the market today— the Storm Plus has stereo outputs, but will NOT even pass stereo! Please NOTE—this is NOT last years model that others are selling at discount prices! This is the ONLY aftermarket box with auto sound correction that will NOT block surround sound signals. Do you want the BEST box available, with NO hassles, and a GREAT picture? The View Master MULTIVIEW Plus Universal has a BEAUTIFUL picture! Satisfaction GUARANTEED!!! |

Guaranteed to work or your money back! 30 day, money-back guarantee! ORDER NC

This is the ORIGINAL, NOT a cheapimitation that others sell for $40 less!!

Regular price: $349 NOW ONLY $279 Delivered COD or $
Credit Card Delivered with **FedEx**®

**ORDER ONLINE NOW—CLICK HERE!**

Don't know what box your cable company uses? **CLICK HERE**

# ☐ *If you want our top-of-the-line cable box click here!*

If you ave a Jerrold or General Instruments cable company converter, you also have the following option:



This is the original, NOT THE CHEAP IMITATIONS that others sell for $20-$30 less! Our RFT-PLUS GOLD will place the CFT2000, 2014, 2024, 2054, CFT 2200, 2214, 2224, 2254 all DPV-7's and all DPBB's systems into FULL Test Mode! This is the best quality RFT-PLUS Gold made and is built to last for years! If you want the absolute best quality tester on the market, OUR Rft-Plus GOLD is what you need!

- **ACTIVATES IN 2-3 SECONDS!**
- **TEST 4 BOXES WITH 1 UNIT!**
- **ACCURATE AND DURABLE!**
- **DIGITAL SYNTHESIZED TUNER!**
- **NO NOTCH FILTER REQUIRED!**
- **BULLETPROOF!**

- ONLY $147 Delivered COD or $157 Delivered Credit Card!
  **ORDER ONLINE NOW--CLICK HERE!**





# COD's WELCOME!

We specialize in 2, 5, 10, and 50 lot prices. Call for wholesale info!



Absolutely No New York Sales!

Copyright 1997, 1998, 1999, 2000

**HOME**

Money Back
Guarantee

**DISCLAIMER** **ORDER NOW**

**DESCRAMBLER BUYING TIPS**

**FREQUENTLY ASKED QUESTIONS**

*If you want our top-of-the-line cable box click here!*

Jerrold, Panasonic, Zenith, Pioneer, Scientific Atlanta, Oak, Hamlin, Tocom, and General Instruments , Clearmax 2000, Cablevison, and Media One are all registered trademarks. All references to the above mentioned companies and equipment are for identification purposes only. We are in no way implying that any of the products we offer are original equipment, nor are we affiliated with the above mentioned companies in any way.

cable tv descramblers,descramblers cable tvs,jerrold cable boxes,cable box,cable boxes,cable box,television descramblers,descrambling cable television,test mode,rft-gold,rft-dam,rft-pio,rft-plus,rft,rfts dam activators,decoders,boss 4,boss 3,boss,jerrolds,scientific atlantas,testers,pioneer,zenith,cable box tci movies,cox cable, positive notch filters,converters,decoders,test cubes,test cube. cable descrambler tv converters jerrold descrambler cable descramblers converters pio cube boxes TV television converters descramblers Decoders cable descramblers tv descramble wizzard descrambler cable descramblers converters tv boxes cableclearview pro plus

# satellite





If you want to buy a dss test card, a satellite card, a satellite smart card, a satellite descrambler, a satellite access card, a satellite test card, or a satellite card, at a very low price, this is the place! We produce the finest in satellite test cards at exceptionally low prices.

Our service is excellent! We want you to be secure in knowing that your dss test card will work at all times. We guarantee that our digital satellite test cards are the finest on the market by verifying our smart cards with the most vigorous of ECM (electronic counter measure) tests.



Click to order your satellite descrambler



Signaltech is dedicated to customer satisfaction. When you buy a dss test card from Signaltech, you know you will get steady support. If getting a satellite descrambler interests you, and you would like more information, click on the logo above.

**We hope you enjoy your new Satellite Test Card!**



CLICK HERE



**The #1 place on the web to purchase replacement cable TV descramblers.**

safe • secure • reliable • guaranteed        check

| Top Q & A | Products | Order Now | Customer Support | Our Guarantee | Legal Stateme |

**Subscribe to our free monthly Pay-Per-View Guide! Never miss a PPV event again!**

Enter your e-mail address below:



Privacy Policy



**Who say's nothing is free?**
Subscribe to our free **cableboxx.com** Pay-Per-View Guide. Each month we will e-mail you with a list of the hottest PPV events showing around the country. *Never miss a PPV event that you were waiting to see!*

. . . . . . . . . . . . . . . . . . . . . . . .

**Questions? Huh?**
Many of our customers have questions about cable boxes and descramblers. We've put together a great page that answers most of the questions you may have. So feel free to check out our *Top Q&A's.*

. . . . . . . . . . . . . . . . . . . . . . . .

 Send this page to a friend

. . . . . . . . . . . . . . . . . . . . . . . .

**Track Your Shipment**
At **cableboxx.com** we ship all of our products via UPS, the world-

# Welcome!

## Our Featured Product: The Ranger 5000



The **Ranger 5000** cable box is the newest and most advanced Universal Box/ Descrambler available, anywhere. There is no other box that will provide you with a better picture quality or signal performance than the Ranger 5000. **click here for details**

**Cableboxx.com** is the premier supplier of universal cable boxes, c descramblers and decoders. We have years of industry experience reputation for *excellent products, superior customer service, friend knowledgeable technical support, and fast delivery.*

To learn more about the **Ranger 5000**, the 199 channel **Cleartror Gold**, the popular **ClearMax 3000**, or the value priced **ClearMax 2000**, check out our Products page.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

wide leader in e-business deliveries. You have the choice of *UPS Next Day Air, 2nd Day Air, or 3 Day Select.*

Use your 6-digit order number to Track Your Shipment right on our website! It's easy to find out the status of your shipment with **cableboxx.com.**

. . . . . . . . . . . . . . . . . . . . . . . . . .

Don't Forget to Bookmark Us!

. . . . . . . . . . . . . . . . . . . . . . . . . .

**Worry free Ordering.**
**Cableboxx.com** guarantees that our products will work on you cable system or your money back. Check out Our Guarantee for more details.

  

. . . . . . . . . . . . . . . . . . . . . . . . . .



. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## Cross Reference Chart
Not sure what cable systems our cable boxes will work with? Check our Compatibility Chart which lists most of the cable boxes that are in North America. If you are still not sure, e-mail our Customer Sup group at: support@cableboxx.com

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## Happy, Happy, Joy, Joy
*You guys are the best!! Not only is my box everything you advertis*
*but your service was also great. I wish I had known about you whe*
*got my first box. What a nightmare that was!! I'm sure that I will g*
*you at least 5 more customers in the next week or so, and 4 or mo*
*the near future!! It's been a pleasure doing business with you!*
*Thanks ~ R.C.*
**(Actual, honest-to-goodness, unedited customer email).**

If you want

# direct tv

you should contact:





**For Direct tv**

**Click Here**

If you have <u>direct tv</u>, and you want your own dss test card, you have come to the right place. Producing the finest in dss test cards for direct tv, Signaltech offers a level of satisfaction unparalleled. We want you to be secure in knowing that your hu card will get you direct tv, 24 hours a day, 7 days a week. We guarantee that our <u>direct tv cards</u> are the finest on the market by verifying our hu cards with the most vigorous of ECM (electronic counter measure) tests. Guaranteed!

 Signaltech is dedicated to customer satisfaction. When you get <u>direct tv</u> with your dss test card from Signaltech, you become part of our family through our excellent customer service and product support. If direct tv is what you need, and you would like more information click on the <u>logo</u> above. 

We hope you enjoy <u>direct tv</u>!

Click here for more information about <u>direct tv cards</u>

<u>Order Now</u> | <u>direct tv</u> | <u>contact us</u>



**more dss links**
<u>dss hu cards</u> | <u>dss test cards</u> | <u>dss h cards</u> | <u>direct tv</u>
<u>dss access cards</u> | <u>programming dss test cards</u> | <u>dss card programmer</u>
<u>satellite descramblers</u> | <u>dss smart cards</u> | <u>satellite tv</u>
<u>hu test cards</u> | <u>dss cards</u> | <u>h cards</u>



**The #1 place on the web to purchase replacement cable TV descramblers.**

safe • secure • reliable • guaranteed    check

| Top Q & A | Products | Order Now | Customer Support | Our Guarantee | Legal Stateme |

**Subscribe to our free monthly Pay-Per-View Guide! Be the first to know about our digital cable descrambler!**

Enter your e-mail address below:

 Go

Privacy Policy



**Who say's nothing is free?**
Subscribe to our free **cableboxx.com** Pay-Per-View Guide. Each month we will e-mail you with a list of the hottest PPV events showing around the country. *Never miss a PPV event that you were waiting to see!*

. . . . . . . . . . . . . . . . . . . . . . . . . .

 Don't Forget to Bookmark Us!

. . . . . . . . . . . . . . . . . . . . . . . . . .

# Products

Trinity • Davinci • CoolBx • Closeout Specials • Digital Cable



Yes! Digital Cable boxes are coming Cableboxx.com!

**Cableboxx.com** will have a *univers digital cable descrambler.* The box h been built and is being tested curret to ensure that it is compatible with a digital cable systems throughout the country.

**Our DigitalMax** will be capable of receiving hundreds of channels of p programming joy! We are committe being the first website to bring you digital replacement cable box. Own own digital equipment.

Please be aware that the cable companies are still required to "broadcast' analog cable signal (channels 1 to 125) on your cable system. So even if currently have digital cable, you are likely receiving an analog signal on channels 1 to 125. Of course you will not be able to access the digital cha above 125, but you *should* be able to receive the analog programming wi our current replacement cable boxes.

All of the subscribers to our free PPV Guide will be the first or to be notified when we have our digital box for sale. They wil have an opportunity to purchase before the general public. S you have not already subscribed to our free Pay-Per-View Gu do so now and you will be the first to know when we have ou digital boxes in stock.

---

Terms of Use • Privacy Policy • Copyright © 2001, Cableboxx.com. All Rights Reserved.
Sale and use of any product sold or distributed through this website is subject to our Terms of Use.
No New York or Virginia Sales! Notice: Anyone implying theft of cable service will be denied sale.

http://www.cableboxx.com/digital.html                                    12/28/2001



# Digital Cable Descramblers Are Now Available

## Digital Cable Descramblers

We bring you the world of Digital cable Descramblers!

### Toll Free  1-877-224-6243

- ABout Digital Cable
- How digital Descramblers work!
- Products
- Specials
- Guarantee
- Warranty
- Order Online
- Contact Us
- Disclaimer

About Digital Cable. We provide you with the Digital XX5. Its compatable systems, and all magor cable compenies. The Digital XX5 is the newest p market. And we would like to explain to the best of our ability of how Digit We are not the ones who built the Digital XX5, But we would like to think of the Digital XX5 for coming out with such a fresh look on Digital cable Now that almost all cable compenies have switched over to Digital Cable cable descramblers are no longer working, Because the antalog cable descr up to the very tops 181 channels, and even if they went to a higher range of is not a digital singal, anything after 100 channels is a digital signal digita from 2 through 2000, The Digital XX5 has a channel range of 2 through 20 DCT, and Exploror 2000, And pineer products. Many  have been waiting f Descramblers to come out!. Many are wanting Digital Cable Descramblers. to explore the world through your own eyes!. This product has all the same cable box from your cable compeny!. The only difference between the tw unaversal and will addapt and update with your cable system, The Digital X sale for $759.00 dollars over the past year. These were only sold in Other were not sold in the united states, recently they have made the exact sam "Digital XX5" for the united states and at a cheaper price!. We are offering for $599.00



---

## COOLBX AVENGER | RANGER 5000 | VIEWMASTER 4000

---

**Your 1st Choice -**
**NEW Universal Descrambler**

# COOLBX AVENGER
# CABLE BOX / CABLE DESCRAMBLER



**The CoolBx Avenger provides the clearest picture available, along with excellent stereo sound.** It easily connects to any TV with cable. NO CABLE BOX IS NEEDED!

The CoolBx Avenger's features include:

- **192 Channel Capacity (125 cable plus VHF & UHF)**
- **ByPass Feature** (Only activate the video descrambler card on channels that need it)
- **Parental Control**
- **Sleep Timer**
- **Favorite Channel Memory**
- **Last Channel Recall**
- **Fine Tuning Control on Remote**
- **Prologic Stereo Sound**
- **Left/Right Stereo Outputs for Your Home Theatre**
- **Video Output**
- **Privacy Audio** (sound privacy compatible)
- **120 Power Outlet for Television**
- **Ch. 3-4 Output**
- **Inversion Correction on Remote**
- **Automatic Colorburst Correction!**
- **Bullet-proof and non-addressable**
- **Toshiba Digital Tuner** (Provides exceptionally clear picture quality)
- **Fully upgradeable** (As new technology is developed the Ranger can be upgraded for future compatibility)
- **STD (Standard)/ HRC switch on the box** (This configures your box to be compatible with the signaling technology of your cable provider)

- **AVENGER Motherboard**

This unit will completely replace:

- **All Jerrold/General Instrument including CFT 2200, but not DCT (digital cable)**
- **All Scientific Atlanta up to 8610x**
- **All Pioneer except the 9000+ series**
- **All Tocom**
- **All Zenith except PM or PZ models**
- **All Hamlin**
- **All Oak except Sigma Series**
- **All Eagle**
- **All Sprucer**

**ORDER NOW AND RECIEVE FREE FEDEX SHIPPING!!!**
**DON"T WAIT!!! OUR DISCOUNTED PRICE SALE ENDS SOON!!!**



*Sorry, no New York or North Carolina sales at this time. Also, no Equipment will be sold for use on Time Warner, Media One, Cablevision, TCI or Comcast cable system.*

In order to provide our customers and ourselves with a safe, fast, and easy way to make payments through the Internet, we utilize Paypal for all of our credit card orders. Paypal is the largest and most credible Internet-based payment network.



If you prefer a different method of payment, contact us.

---

**Your 2nd Choice -**
**SALE Universal Descrambler**

# RANGER 5000
# CABLE BOX / CABLE DESCRAMBLER



**The Ranger 5000 cable box is one of the most advanced Universal Descramblers available, anywhere!** It easily connects to any TV with cable. NO CABLE BOX IS NEEDED!

The Ranger 5000's features include:

- **125 Channel Capacity**
- **ByPass Feature** (Only activate the video descrambler card on channels that need it)
- **Parental Control**
- **Sleep Timer**
- **Favorite Channel Memory**
- **Last Channel Recall**
- **Fine Tuning Control on Remote**
- **Prologic Stereo Sound**
- **Left/Right Stereo Outputs for Your Home Theatre**
- **Video Output**
- **Privacy Audio** (sound privacy compatible)
- **Wireless Video Card** (No wires are used to connect the internal video card to the motherboard. Wires can sometimes act like an antenna and screw up the picture quality)
- **Ch. 3-4 Output**
- **Inversion Correction on Remote**
- **Automatic Colorburst Correction!**
- **Bullet-proof and non-addressable**
- **800 MHZ Digital Tuner** (Provides exceptionally clear picture quality. Many of our customers notice a dramatic improvement versus their old cable box)
- **Fully upgradeable** (As new technology is developed the Ranger can be upgraded for future compatibility)
- **STD (Standard)/ HRC switch on the box** (This configures your box to be compatible with the signaling technology of your cable provider)
- **AVENGER Motherboard**

This unit will completely replace:

- **All Jerrold/General Instrument including CFT 2200, but not DCT (digital cable)**
- **All Scientific Atlanta except for Explorer models**
- **All Pioneer except the 9000 series**
- **All Tocom 5503, 5507 but not 5508**
- **All Zenith ST's, HT's, SSAVI, MM2500, but no PM or PZ models**
- **All Hamlin**

- **All Oak except Sigma Series**
- **All Eagle**
- **All Sprucer**

**ORDER NOW AND RECIEVE FREE FEDEX SHIPPING!!!**
**DON"T WAIT!!! OUR DISCOUNTED PRICE SALE ENDS SOON!!!**



*Sorry, no New York or North Carolina sales at this time. Also, no Equipment will be sold for use on Time Warner, Media One, Cablevision, TCI or Comcast cable system.*

In order to provide our customers and ourselves with a safe, fast, and easy way to make payments through the Internet, we utilize Paypal for all of our credit card orders. Paypal is the largest and most credible Internet-based payment network.



If you prefer a different method of payment, contact us.

---

**Your 3rd Choice -**
**Universal Descrambler**

# VIEWMASTER 4000 DELUXE
# CABLE BOX / CABLE DESCRAMBLER



(Click here for more images of the Viewmaster 4000)

The Viewmaster 4000's features include:

- **192 Channel Capacity**
- **Pass through technology!**
- **Parental Lockout**
- **Sleep Timer**
- **Favorite Channel Memory**

- **Last Channel Recall**
- **Manual Override Fine Tune**
- **Prologic Stereo Sound**
- **Left/Right Stereo Outputs for Your Home Theatre**
- **Video Output**
- **Full Function Remote**
- **STD/HRC/IRC Switch**
- **Ch. 3-4 Output**
- **Inversion Correction on Remote**
- **Automatic Colorburst Correction!**
- **AVENGER Motherboard**

This unit will completely replace:

- **All Jerrold/General Instrument including CFT 2200, but not DCT**
- **All Scientific Atlanta including 8610X w/sound privacy, but not RRI**
- **All Pioneer except the 9000 series**
- **All Tocom 5503, 5507 but not 5508**
- **All Zenith ST1000-2601, MM2500, but no PM or PZ models**

**ORDER NOW AND RECIEVE FREE FEDEX SHIPPING!!!**
**DON"T WAIT!!! OUR DISCOUNTED PRICE SALE ENDS SOON!!!**



*Sorry, no New York or North Carolina sales at this time. Also, no Equipment will be sold for use on Time Warner, Media One, Cablevision, TCI or Comcast cable system.*

In order to provide our customers and ourselves with a safe, fast, and easy way to make payments through the Internet, we utilize Paypal for all of our credit card orders. Paypal is the largest and most credible Internet-based payment network.



If you prefer a different method of payment, contact us.

---

*Our products are not intended to be connected to a cable system signal without paying for the services you use. Doing so maybe in violation of state*

*or federal laws. We will not sell these devices for the purpose of cable theft or to be used on equipment that you do not own. You must read our disclaimer and agree to all of it's terms and conditions before purchasing our products.*

© copyright 2000, 2001 cablecenter.net. all rights reserved. Webmaster



# Select the cable converter used in your area.




**SCIENTIFIC ATLANTA**     **GENERAL INSTRUMENTS**



**JERROLD**     **PIONEER**



**TOCOM**     **ZENITH**

If you have any questions about cable converters in general, please refer to our *Cable Descrambler Frequently Asked Questions* page.

If you do not know which converter is used in your area or your converter is not listed above, click here.

**IF YOU HAVE DIGITAL CABLE, PLEASE CLICK HERE**

Dealers welcome!!! click here for bulk ordering!!!

© copyright 2000, 2001 cablecenter.net all rights reserved. Webmaster



# Digital Cable Subscribers

**Please be advised that you only have digital cable if you are renting a large cable converter (VCR size) from your cable company. If you do indeed pay extra for digital cable, you probably rent only one (1) converter. This means that you may be able to use our analog boxes in other rooms. If you recieve any scrambled channels (ch.1 through ch.125) without using a digital converter in another room, our analog units will work on your system!**

### Join Our Digital Cable Descrambler Waiting List!!!
There is no obligation to buy and you will be among the first to know when our digital cable descramblers arrive.



## CLICK HERE TO RETURN TO OUR PRODUCTS PAGE

## CLICK HERE TO GO DIRECTLY TO OUR UNIVERSAL CONVERTERS PAGE

© copyright 2000, 2001 cablecenter.net. all rights reserved. Webmaster

# CABLE SECRETS
# REVEALED



*"... and I feel compelled to tell you, in the five years I have been on the internet, this is the most in-depth and insightful information I have ever read. The fact that I got all this information for free astonishes me. Let me offer a sincere thank you."* **Jim Y., NJ**

# WARNING:

## DO NOT WATCH ANOTHER MINUTE OF TELEVISION UNTIL YOU READ THIS PAGE

**In the following there is a *personal* letter from the author, Todd McGuire.**

You are about to be exposed to some of the most hidden and sought after information ever released regarding cable descramblers.

If you haven't already realized, no one is willing to share honest information with you regarding cable descramblers and the industry in general. The reason nobody will is because they only have profits on their mind. It's that type of attitude that makes it impossible to find valuable information that can assist you in quickly and easily obtaining your equipment.

I'll bet you've already asked the question, "why is Mr. McGuire letting us in on all this guarded information." To be quite honest, he, like you, has come to realize that we are being manipulated; we pay too much money for our cable descramblers and in return we get too little quality, and in some cases we don't even get the right equipment. If you add the to the possiblility of not knowing how to legally use your equipment, it starts to get real scary.

Free cable descramblers. here's the essential information you need to know!    Page 2 of 7

Case 1:02-cv-00050    Document 9    Filed in TXSD on 06/24/2002    Page 66 of 83

Maybe it would be best if we let Mr. McGuire explain. The following is a personal letter written to help you better understand the situation:

*Jason Lackey*

**Jason Lackey**

---

**Written...**

**Columbus, OH**
**Wednesday, March 1, 2000**
**10:05 A.M.**

Dear Friend,

If you own a television you *need* this information. The following information covers three basic areas: information on how you can safely use cable descramblers, information regarding the different types of cable descramblers available, and how you can save a lot of time and money when purchasing cable descramblers. The information applies to every different kind of equipment on the market today, the information is, in some cases, shocking!

You'll be saving time and money, avoiding mistakes and disastrous situations and learning secrets other people only wish they knew. Here are a few things I will discuss that will make this confusing process quicker, safer, and cheaper.

# STOP ANY POSSIBLE LEGAL PROBLEMS BY 100%

I've been exposed to countless horror stories of people getting themselves in trouble because they didn't know how to safely use their cable descramblers. If they had been privileged enough to see this information, they all could have saved themselves from the humiliation and consequences. Here's a sample of what you'll learn to make sure you stay safe:

- **learn the 3 purposes on which you can legally purchase and use cable descramblers... this goes for anyone who owns a cable descrambler or plans on owning one**
- learn the one thing you should never do while watching a PPV event
- **3 steps you must take when ordering a cable descrambler... (nine of ten people are absolutely floored by this secret)**
- discover what state you should NEVER order a cable descrambler from
- **how you must confront your friends and neighbors about your cable descrambler... you'll never guess how many people approach this the wrong way**

- what you must know about the delivery services
- **you must be aware of this little known filter that blocks all pay channels**
- discover the different kinds of tactics cable companies use to find people who use cable descramblers illegaly
- **discover what kinds of questions cable company employees ask at people's door steps who they suspect are using cable descramblers illegally**
- types of questions not recommended to your cable company
- **how you absolutely must respond if you get a letter in the mail stating you owe the cable company $2,000... unless you want to pay that $2,000**

---

# KEEP THAT MONEY IN YOUR POCKETS WHERE IT BELONGS

Would you spend top dollar on equipment if you didn't have to? Well I'm telling you now, you don't have to! By using just one of the following secrets, you can be assured you're not paying top dollar for your equipment. Here's a sample of secrets you'll learn to help you save time and money:

- **why calling more than just one company is absolutely necessary - purchase in confidence that you have obtained the lowest price possible**
- this purchasing tip will reduce the price of the equipment your ordering by as much as $20
- **learn how much money you can really expect to save by ordering quantity... this will give you leverage to negotiate the price... whether your ordering quantity or not**
- what everyone must know about low price guarantees - unless you want to pay more
- **discover the truth about used equipment and how it can save you money**
- the hidden truth about bullet protectors and what equipment they're absolutely necessary with
- **what carrier can save you big money if your ordering internationally**
- discover just how costly a restocking fee can be - this tip alone can save you $75
- **discover exactly how trade-in policies can pay off in the long run**

---

# WHAT YOU ABSOLUTELY MUST KNOW ABOUT EQUIPMENT

People waste hundreds of dollars every year, because they don't know what steps to take to find the right equipment. You can easily keep all that lost money in your pocket if you know what to look for. Here's a sample of secrets you'll learn to help you find the right equipment:

- **learn the advantages and disadvantages of every type of cable descramblers on the market today - crucial information**

Free cable descramblers, here's the essential information you need to know!                    Page 4 of 7

Case 1:02-cv-00050   Document 9   Filed in TXSD on 06/24/2002   Page 68 of 83

- 3 steps you must take in order to find the exact type of equipment you need
- **learn the real value of a zip code manual when ordering equipment**
- learn the real truth about those $10-$15 plans
- **learn exactly what type of equipment can work on today's sophisticated technology**
- discover how original equipment makes it from the manufacturer's warehouse to your home... (you will be shocked)
- **learn the real truth about multi-mode...**

---

And so much more!

There is so much detailed information, I couldn't possibly list it all here. What you have just read is only a sample of the exciting information you will get when when you read *Why the Jerk Next Door Gets Free Cable and You Don't*. You need this kind of straight-up information. If you truly want to enjoy premium programming, save time and money, and have the peace of mind of knowing how equipment can be legally used, then the information I'm offering you is **CRUCIAL**.

### I believe the following to be the two most exciting parts!

1) You can actually receive and be enjoying all of this incredible information **within 10 minutes!**
2) This incredible information can be yours -- **ABSOLUTELY FREE** (I'll explain both in the next few paragraphs)!

This book contains the results of years of research that is pure dynamite! All of the tips, techniques, and secrets are revealed in a step-by-step, easy to understand format. The book is a one-of-a-kind and not found in bookstores. This book is soon to be the most popular informational book on the internet.

Here's what others say:

*"You are a #!%*ing savior! I got your book yesterday afternoon and purchased my equipment exactly one hour later. Even if I did have the time, there's no way I could have found this information myself. Your buying tips saved me over $60 dollars, and more importantly saved me time. Thanks so much."*
**Brian G., California**

*"Please use my compliments as a reference. I fully endorse 'Why the Jerk Next Door Gets Free Cable and You Dont't.' The book has so many valuable tips. I still can't believe how easy and fast you helped me understand this confusing industry. Bravo Todd!"*
**Dorris S., New York**

*"... and to my delight you have quite simply outdone yourself ! With your "refund opportunity" that came included with your offer, it cost me exactly $0 to view all that valuable information. I believe that dollar for dollar that is the best money I never spent."* **Walt T., Texas**

If you want to order, I insist you do so entirely at my risk. That is why the book comes with a... *No Risk, 100% Unconditional Money-Back Guarantee*. There is absolutely *NO RISK* on your part with this Life-time 100% Money-Back Guarantee. What I mean is, I want you to order without the feeling you might "get taken." Therefore, I want you to order this material today... read it, use it... if for *any* reason you aren't completely satisfied, simply return it for an immediate refund of your purchase price.

This essential guide is normally priced at $49.95, but as a special "Internet introductory offer" it is available for a short time at 40% off... that's $29.95. That's about what you'll pay for one Pay Per View event or one month of premium channels. Now let me tell you what I believe is the most exciting part...

## "HOW TO GET THIS INFORMATION AT NO COST — THAT'S RIGHT, ABSOLUTELY FREE!"

In my 1st edition of the book, a dealer was recommended to my readers that stood out far above all other dealers in the industry in price, quality, and support (they sell equipment compatible with General Instrument, Jerrold, and Pioneer). Out of appreciation, this dealer agreed to give my customers a 10% discount on any equipment purchase. Well that was great, and my customers saved a lot of cash, but I wanted to give my future customers the most possible value for their dollar. So after months and months of negotiations, I have finally come to terms with this dealer on a new agreement.

**As a result of this agreement, my customers will now be refunded back the entire cost of this book on their first equipment purchase from this company — that's $29.95.** Let me repeat, you will be given back the entire cost of this book by ordering any piece of equipment from this company. This valuable information can now be yours - absolutely free.

It doesn't take a mathematician to tell you, that in order to see this information it could ultimately not cost you a nickel. And remember, this isn't just any company the refund was negotiated with. In my ratings it came out far ahead of any company in the industry in price, quality, and support. You just simply cannot lose.

## IT DOESN'T STOP THERE, BELIEVE IT OR NOT....

... you can receive the book and actually be learning these cable secrets within 10 minutes... yes, that is right... WITHIN 10 MINUTES. Our computer will **automatically send the book to your email address within 10 MINUTES** of receiving your order so you can benefit from the information almost immediately (it comes with instructions on how to easily download it in case you have not downloaded a file before).

It just keeps getting better and better....

If you order by Sunday, March 5, 2000, I will also (**within 10 minutes**) include an exciting *"Free Bonus"*. This special bonus will, *"compare and reveal vital information on virtually every company that sells cable equipment on the net."* To find all of these companies manually, then dig for important information that most companies don't post

Free cable descramblers: here's the essential information you need to know! Page 6 of 7

Case 1:02-cv-00050   Document 9   Filed in TXSD on 06/24/2002   Page 70 of 83

on their sites, would take you **incredible** amounts of time. This is information you **must** have before you can even think about purchasing your equipment. This report alone is easily worth the price of the book. If you truly want to save money and get quality equipment, you must have this report.

Act now, the first edition sold out quickly and the second is expected to move just as fast. There are *three* easy ways to order.

The first and **fastest** way to order is directly <u>online with our SECURE SERVER</u>. Keep in mind that when you use our order form on our Secure Server, we can email you the software version of the book and free bonus within **10 minutes** so you can start utilizing this crucial-information as soon as possible.

Or, you can use your credit card and order by phone. When you order by phone, your software can still be emailed to you, *but within 72 hours, not 10 minutes*, like ordering online via our secure server. You can call between, 1 p.m.- 6 p.m. (EST), M-F, the number to call is: (614) 459-8849 (call collect--orders only). Remember to give the operator your email address to have the software emailed to you.

The last way to order is through "snail" mail. All you have to do is clearly print your name, email address and home address (so we can keep you up to date if we have any new exciting information that becomes available) and the words "Cable Secrets Package" on a piece of paper, and send it, along with your payment of $29.95 to: **Informative Information, Inc.,** 5328 Shiloh Dr., Columbus, OH 43220. Have all checks or money orders made out to Informative Information, Inc.

I look forward to getting a letter from you telling me what you do with all the money you saved, and will be saving every month. Even though I get an enormous amount of mail, keep the letters coming, I love to hear your stories!

*Sincerely,*

*Todd McGuire*

**P.S.** That's all there is to it... your software version of the book, free report, and refund opportunity, will all be shipped to your email address immediately, and after that, you are the judge. You *must* be 100% satisfied or... you can return it for a full and immediate refund, no questions asked.

**P.S.S.** A very popular question from our clients outside the United States is, "will these cable secrets work for those of us outside the US (i.e. UK, Europe, Canada)?" I've had many customers outside the US use this information. You'll find that almost all of these 'Cable Secrets' would be applicable in a foreign country. Besides if you are not fully satisfied with the information and how it applies to your country, just return the material for a full refund.

We appreciate any comments or feedback, email us at:
*administration@cablesecrets.com*. We want to serve you better.

**Also, here is a list of other interesting sources related to your premium
programming:**

**Links to other resources for you**

*Copyright 1999, 2000 by Informative Information, Inc*

## FOR INVENTORS

**IDEAS, INVENTIONS, NEW PRODUCTS!** One of America's leading invention firms can help you submit to industry. Patent services. Call 1-888-439-IDEA .

## AUTOMOTIVE SERVICES

CALLING ALL CARS www.cacari.com Luxury, Sport, Classic Autos, and High-End RV's for –sale-by-owner. Buyers/Sellers 1-800-546-8457.

## CAR CLUBS

BMW CAR CLUB OF AMERICA 54,000 members, local chapters nationwide. Monthly magazine, driving events, discounts, technical support & more. only $35.00/yr. Sample magazine, send $4 to BMW CCA, 2130 Massachusetts Ave, Cambridge, MA 02140. Membership information 800-878-9292 or visit us at WWW.BMWCCA.ORG.

MERCEDES-BENZ CLUB OF AMERICA, 32,000 members, 6 issues of *STAR* Magazine, local/national events: $45.00 U.S.A., $59 Foreign. Visa/MC/Amex/Disc. 1-800-637-2360. www.mbca.org

## FINANCIAL SERVICES

MONEY TROUBLES? OVERDUE BILLS? Reduce interest. Lower Monthly Credit Card Payments. Save thousands. NON-PROFIT DEBT CONSOLIDATION SERVICE. Call Now 1-800-SAVE-ME-2.

## GOVERNMENT SURPLUS

CARS FROM $500! Seized & Sold Locally. Hondas, Chevys, Jeeps, etc. Trucks, RV's, Motorcycles, 4x4's, boats & more. 800-319-3323, ext. 3329.

## PARTS & EQUIPMENT

**AAA RIMS:** Complete line of perfect condition, original equipment alloy rims. Unique wheel exchange program & chrome upgrade options available. 1-877-533-RIMS(7467). FAX: 616-335-5988. Browse online: www.aaarims.com

**Airbag Replacements** — Low cost alternative to airbags. Most cars, trucks, foreign and domestic models to '01. $75 Toll free 1-877-777-2687. www.airbagreplacements.com

HID Conversion Kits. You Halo! 888-HID-KITS (844-4334-487) Convert your ordinary lights to High Intensity Discharge 100% bolt on applications. WWW.HIDKITS.COM.

IMPORT CAR PARTS – DISTRIBUTORS, CARBURETORS, BRAKES, RADIATORS, MIRRORS & STRUTS, COMPUTERS, FUEL INJECTION, CATALYTIC CONVERTERS – SINCE 1974 TRANS-PAC MOTOR PARTS 1-800-922-1983 www.tpmpinc.com

WWW.STRANOPARTS.COM 1-800-777-1831 Parts & knowledge to make you car better! BILSTEIN • Koni • TOKICO • Elbach KYB • ADDCO • SuspensionTechniques K&N • SLP • Brospeed • BREMBO •Dynomax • HKS • Repco/Axxis • HAWK Porterfield • KVR • REDLINE • Centerforce + MUCH MORE!

## SATELLITE TV

SATELLITE PROGRAMMING PACKAGE – Get all channels including PPV, Sports, and Premium. Satisfaction guaranteed 899.95 plus s/h (888) 335-4498 24 hours

## CABLE TV

**AFFORDABLE CABLE TV BOXES!** Your favorite brands at the lowest prices. 30-day moneyback guarantee. www.cable-boxes.com 1-800-550-1511

**CABLE DESCRAMBLERS / CONVERTERS** LOWEST PRICES. 30-DAY MONEYBACK GUARANTEE. 1-YEAR WARRANTY. HIGHEST QUALITY EQUIPMENT. PRIVATE CABLE SYSTEMS: 1-800-785-1145. www.Acablebox.com

CABLE TV DESCRAMBLER SALE! Jerrold Combo – 5 units. $119/each. Major Makes and Models available. Wholesale Electronics. 1-600-521-0512 Website: WWW.whe.net

**CABLE T.V. DESCRAMBLERS.** NEW ORIGINAL EQUIPMENT. MOST MAJOR MAKES, MODELS. LOWEST PRICES AROUND. WAR. PRECISION ELECTRONICS. HOUSTON, TX. ANYTIME. 1-888-691-4610

CABLE TV DESCRAMBLERS, RFIs, ALL MAJOR BRANDS. SPECIAL DISCOUNT PRICING FOR QUANTITY BUYERS. FREE CATALOG! SORRY "NO SATELLITE TV" EQUIPMENT! CALL 1-800-327-3407.

ALL UNIVERSAL DECODER BOX. REPLACES JERROLD, GENERAL INSTRUMENT, SCIENTIFIC ATLANTA, PANASONIC, PIONEER, ZENITH, TOCOM. ONE YEAR WARRANTY. GUARANTEED. CALL 1-800-678-9345

**CATV Converters** Original Boxes 125 ch. Converters Upgrade and Repairs. Low Price. Best Service Guarantee. 1-888-959-5589

## CAR and DRIVER AUTO GALLERY

For advertising information call 1-800-445-6066, 9am-5pm EST, or fax us at 1-212-767-5624

### AUTHENTIC SHELBY COBRAS

Why settle for a replica? Have a real "new production" Shelby Cobra built for you. 289 FIA and 427 S/C, aluminum or fiberglass bodies Finish Line Motorsports Recognized Shelby American Dealer. 702-643-7994

### DODGE VIPER

2001-Viper RT/10 and GTS models now in stock yellow/blue/red. Over 30 new & used Vipers always in stock. Nationwide financing and delivery. Trade-is our specialty. Fitzgerald Motorsports 800-847-3715. 603-528-1000 fitzmotorsports.com

### SUPERFORMANCE REPLICARS

Superformance world's finest factory built replicars as featured in Car and Driver's One Lap America. Choice of colors, etc 1-800-29-SNAKE www.superformance.com

### SHELBY COBRA CHALLENGE

Authentic CSX4000 Series Shelby Cobra Race Cars. Own one of the Challenge Senior Series cars or participate in our Arrive & Drive race program. Call for information: TMC Motorsports

# Frequently Asked Questions

### 1.    *What is a descrambler?*

A descrambler is an electronic device, which, when attached to a cable television system, allows the subscriber to view scrambled programming in a clear and unscrambled fashion. Descramblers have no tuning capability or other consumer interface features, and therefore, must be used in conjunction with a plain, non-descrambling converter.

### 2.    *Are descramblers legal?*

Any descrambling device which allows the viewer to gain access to cable television programming without the knowledge or consent of the cable system operator is illegal.

### 3.    *What is a disclaimer?*

Title 47, section 553 of the United States Code prohibits the manufacture and sale of theft devices. A disclaimer is nothing more than a cynical attempt on the part of the companies which sell theft devices to transfer the legal responsibility from their shoulders to those of the buyer. The fact is that the disclaimer absolves no one of responsibility. The seller is responsible for selling the theft device, and the buyer is responsible for using it.

### 4.    *What is the difference between addressable and non-addressable devices?*

An addressable device is one that is capable of receiving commands from the cable system operator's control computer. These commands are sent by the system operator. The purpose of these commands is to direct each addressable device to configure itself to provide access to only that programming for which each subscriber has agreed to pay.

A non-addressable device is one that either through modification or by design cannot receive or properly respond to commands sent by the cable operator via the control computer.

### 5.    *What are "bullets" and can the cable company destroy my box?*

"Bullets" is a coinage used to describe various electronic countermeasures employed by cable system operators to detect or defeat unauthorized theft devices in use by subscribers. Despite the "bulletproof" label touted by sellers of theft devices, the fact is that most theft devices can be rendered useless or ineffective through the use of countermeasures.

RFI Plus. What is a Cable Testchip or "Multi-Mode" Testboard? What is a Cable TV Co... Page 1 of 4

Case 1:02-cv-00050   Document 9   Filed in TXSD on 06/24/2002   Page 74 of 83

---

**Business hours are Monday to Friday, 12:00 to 7:00pm. E.S.T.**

---

**What is a Cable TV Converter ?**

A cable TV converter is an electronic tuner that controls which channel your television will display and outputs that channel as channel 2 or 3 output for use by your TV which is tuned to channel 2 or 3. A converter is a "channel changer" that must be used with an Add-on Testchip or "Multi-Mode" TestBoard in order to descramble premium channels. A cable TV converter may also be know as a plain jane since it does not contain a descrambler and can only receive basic cable channels without a Testchip or "Multi-Mode" TestBoard descrambler. Converters have features such as: Wireless Infrared Remote Control, Parental Control, Favorite Channel Memory and Last channel recall. Most cable system use channel 3 output, but channel 2 output is also available. Please specify channel when ordering.

---

**Are Testchip or "Multi-Mode" TestBoard legal to own and use ?**

YES, Absolutely ! Testboards are Now legal to own and use. If your cable TV company can rent a cable box to you, then you can own a box yourself. Many years ago, ATT had the monopoly of renting telephones to consumers. Then, the FCC ruled that it was legal for consumers to own their own telephones. Now the law has been changed for cable TV equipment too ! It is now legal for you to purchase and own your own cable equipment to take advantage of all the latest features available as well as saving Big money on all the equipment rental fees ! Please note: it is your responsibility to let the cable TV company know that you have your own equipment, since they can't

**What is a Cable Testchip?**

A Testchip or "Multi-Mode" TestBoard is an Add-on type of device which when used with a addressable converter restores video and audio of scrambled channels, making them clear and viewable.

---

**Are all Testchips and TestBoards the same ?**

No, There are significant differences in technology, features, reliability, quality, warranty and price. Some companies sell obsolete equipment with little or no warranty. Other companies charge a small fortune for a low tech unit. Alternative Cable Technologies offers the spectrum from yesterdays technology to tomorrows State-of-the-Art TestChips and Test Multi-Mode Boards loaded with all the features you want. For a unit loaded with all the Latest On-Screen display and other features use our High quality black test boards.

---

**Cable definitions: Limited Basic, Basic, Premium, Pay-Per-View Services.**

The least expensive cable service provided by cable companies. This service typically receives antenna type service for local channels only, since reception of other channels is controlled by the use of filters from outside the home. Basic Service: This is the next step up in cable service provided by cable companies. This service typically receives the antenna type service for local channels as well as the "Basic" line-up of channels such as TNN, USA, CNBC,

detect it. It is also your responsibility to pay for any services you receive.

## What is an Addressable Cable Box ?

Addressable means that the cable box can be controlled remotely by the cable company from their office. By sending signals thru the cable system, the cable company can "talk" to a specific addressable cable box on the system to control which channels are scrambled and where the channels are located. This type of system lets the cable company instantly add or delete on the channels that come into your cable box as well as the location of those channels. The Testchip or "Multi-Mode" TestBoard descramblers do not allow the cable company to have control over the cable box. Addressable and Non-addressable units both have the ability to receive all Premium channels.

## Will my Testchip or "Multi-Mode" TestBoard work everywhere ?

No. Testchip or "Multi-Mode" TestBoards are specific to each cable system. Different cable companies use different makes and models of cable boxes. You must use the Testchip or "Multi-Mode" TestBoard compatible with the converter that is used in your particular area. A Testchip or "Multi-Mode" TestBoard may not work if you put it in a different area were a different model is used

## How can I improve the reception of my Converter ?

When homes are at the end of a long cable run or have the cable signal split between multiple TV's

Comedy channel, etc... Premium Service: Additional programming provided by the cable company to subscribing customers. The extra fee for such service is typically on a per channel, per group of channels. These are typically channels such as HBO, Cinemax, Movie Channel etc... Pay-Per-View Service: Certain channels that offer movies, sports, entertainment or special events and charge by the movie or program. An "addressable" type of converter is supplied by the cable company to receive this Pay-Per-View type of service. Through the use of an "addressable" cable box the cable company controls which channels to descramble.

## What if Testchip or "Multi-Mode" TestBoard doesn't work ?

Call our service department and explain the problem you are having, noting specifics about the problem such as: channel number, picture quality etc... We will work hard to correct your problem. We want a satisfied customer who will refer us additional business. Due to the rapid change in the cable industry, we may not always have an immedite answer for some problems. Be patient and we will continue to research your problem and try to find a solution for you.

## What if there isn't a Testchip for my cable company box ?

We carry the most common name brands such as Jerrold, Scientific Atlanta, Pioneer, Tocom and Zenith. If we don't carry your unusual model, we may need to do research to find the correct replacement. If there is no replacement presently available, we will add your name to our list of people to be contacted when their unusual models becomes

RFT Plus. What is a Cable Test chip or "Multi-Mode" TestBoard? What is a Cable TV Co...    Page 3 of 4

Case 1:02-cv-00050    Document 9    Filed in TXSD on 06/24/2002    Page 76 of 83

or thru other components such as VCRs, the signal strength drops. The result of a weak signal is a poor quality, snowy picture and / or failure to lock-on and decode properly. We suggest using an in-line CATV amplifier to correct this problem by improving picture quality and restoring signal strength. In most cases, the amplifier improves the picture quality on all TV's in your home when placed upstream on the cable line. We suggest using a 10db or 10-20db adjustable cable TV amplifier.

----

## What is a "bullet" and can it harm my cable box ?

No, Bullets are fancy name for an "address" signal that only "talks" to addressable cable boxes. It would be foolish for the cable company to send out a signal which could randomly harm or burn out TV's, VCR's or cable boxes

----

## Why should I buy from Alternative Cable Technologies ?

First and most importantly, we have been in business for over 7 years providing our customers the Best Prices on the most Advanced equipment available at any price. Beware of some companies that have only been in business a short time, no matter what warranty they offer, it won't be any good if they are out of business tomorrow. We offer a 30 day Guarantee on all of our products and, We ship FedEx COD Of your Choice All orders are shipped within 4 hours of the day, And can be shipped by Overnight, 2-day or 3-day or ground service (1-3 days) delivery.

available.

----

## How do I know which Testchip or "Multi-Mode" TestBoard I need ?

1) First, you must get the Brand Name and Model Number of the cable box unit that is supplied by your cable company that is capable of receiving Premium channels. The Model number is usually printed on a sticker on the bottom of most boxes. Model numbers are usually 6-10 digits long, for example: DPV7212, ST1600, SA8590-757, 5507VIP etc... 2) If you don't currently have a cable box that can receive premium service, you may be able to get the model number from a friend or neighbor nearby that has a box that is capable of receiving premium service. Then just give a call with the model number used in your area. 3) Look at our list of Converters and determine the correct replacement for your model number. If you are not sure which unit is the correct replacement for your model, please give us a call at 1-770-489-4694.

----

## Where can I find some books about Cable Boxes and Satellites ?

Descrambling cable TV is not legal. THE CABLE HACKERS GUIDE offered here will tell you "Everything That You Ever Wanted To Know, But Were Afraid To Ask". The book contains information on test chips, test cubes, filters, bullets and much more. It will give you the knowledge needed to determine your best options. Before you go out and spend hundreds of dollars on useless equipment read this book, it will save you time, money and aggravation. The New Cable Hackers Guide contains updated

RFT Plus. What is a Cable Test chip or "Multi-Mode" TestBoard? What is a Cable TV Co... Page 4 of 4

Case 1:02-cv-00030 Document 9 Filed in TXSD on 06/24/2002 Page 77 of 83

information, as well as all of the
suppliers that we have used in the
past to purchase wholesale
equipment.

No Georgia or California Sales.



---

## ** Please Read! **

This is the Official Alternative Cable Technology Corp. web site. We do not have any affiliation
with any other cable company. Other sites have unlawfully taken the contents of our site without
written consent of Alternative Cable. To make sure you are dealing with the best cable company
please call 1-800-216-1815.

All text and images Copyright ©1998
Alternative Cable Technologies Corporation

Set 5/14/99



Site Designed by:
http://www.nws-bg.com
Nielsen Web Sites

Zenith, TOCOM, Jerrold, General Instrument, Pioneer, Scientific Atlanta,
Impulse, Starcom are registered trademarks.
We are in no way affiliated or endorsed by these companies.
Nor do we sell any products manufactured by these companies.

Our educational test activators are to be used for training sereal communication specialists or self education hobbyist.
They are not intended to be connected to a cable system signal without paying for these services you use.
Doing so maybe in violation of state or federal clause. We will not in any way sell these test devices for the purpose of
cable theft or to be used on equipment that you do not own. You must read our disclaimer and agree to all of it's
terms and conditions before purchasing our test devices.

---

**COMMENTARY**



**STEVE PENN**

# Firefighters' cable theft is a shame

If you're stealing cable TV at your house, you should be ashamed of yourself.

And if you're swiping cable channels at a fire station, you should be ashamed and publicly humiliated.

You heard it here first. Time Warner Cable alleges that a handful of firefighters in both the Kansas City and Kansas City, Kan., departments illegally acquired premium cable TV channels.

The allegations involve four stations in Kansas City and three in Kansas City, Kan.

Time Warner can't say which channels were shown illegally, but they could have included everything from HBO to the Playboy Channel.

The chiefs of both departments say they're taking steps to make sure firefighters don't take it again. They're working with Time Warner's consultant, Secure Signals International, to reach a settlement to make up for the unpaid service.

Time Warner began its "silver bullet" program, as it is called, in April and has uncovered 1,500 violators. Here's the way it works.

If cable service goes out, customers usually call Time Warner to have it turned back on. That's when the company can detect if the cable box has been tampered with.

Violators often use a special device to alter their cable box so they can view any cable program for free.

But now that Time Warner has the "silver bullet" program in place, the device isn't a sound investment.

"It's money down the drain," said Carol Rothwell, a vice president for Time Warner. "Because you will be detected."

In the firefighters' case, the perpetrators are only hurting the departments they serve. As a community service, Time Warner had donated basic cable to each fire department at no charge. And the fire departments can use cable for educational purposes, linking stations for training.

Now cable service at each of the seven fire stations in question has been disconnected, Rothwell said.

Time Warner discovered the trouble before Smokey Dyer, the new Kansas City fire chief, took the job last month.

Dyer recently wrote Time Warner to say he would work to keep the problem from resurfacing. He said the chiefs wouldn't move to disconnect service.

"That's the proper course to take until any financial liabilities are taken care of," he said.

If firefighters want premium channels legally, they can sign up and pay for them out of their own pockets.

Dyer doesn't have plans to restrict the use of premium channels yet.

"There are five people out of 800 doing this," said Dyer.

In the future, Dyer said, any cable bill will be placed in one name at each station.

That person will be responsible for paying.

"Right now we don't even know who did this," said Dyer. "I'm not so interested in the past as I am in what we can do from now on."

Kansas City, Kan., Fire Chief Tom DeKeyser is investigating the allegations.

"We've looked at it and had several discussions with Time Warner," said DeKeyser. "They've been very preliminary. There's been no formal resolution."

Most citizens like you and I pay for cable TV. Firefighters should know better. They should set a better example.

And it's up to both fire chiefs to make sure that illegal procurement of cable TV is a thing of the past.

*To reach Steve Penn, call (816) 234-4417 or send e-mail to spenn@kcstar.com*

# The

Alante • Audio Note

# people

• B&K • Billy Bags • Alóa

# with

• Cardas • Chiro • CH Labs • Dunlavy

# the best

• Audio Tekne • Grado • Joule Electra

# sound

• Kharma • Kora • Lamm

# systems

• Magnan • Magnum/OCM • Halcro

# in the

• Metronome • MIT • Plinius • Quad

# world

• Roksan • Arcam • Spendor

# listen to

• TAG (Technik Avant Garde) • Oracle

# Steve

• VansEvers • dcs (Elgar & Purcell)

# Davis.

• VPI • & Others

Why? Because he listens to them. Gets to know them. Learns their musical tastes, their priorities, their budgets. So when Steve makes recommendations, his customers trust his advice. They know they're getting the best equipment for their needs. Sound good? You bet it does. And your system will, too. Just listen to Steve.

## Hi-Fi Farm

New & Used Audio Since 1978

800-752-4018 or 540-721-4434 ext. 106 • www.hififarm.com

CABLE TV



COPY RENTAL TAPES
WITH OUR VIDEO STABILIZERS

VISION ELECTRONICS

FREE CATALOG!

BEFORE          AFTER

• No Rolls/Jitters/Flickers/Fading
• Works on all TV's, VCR's, Beta, & Cable
• 1 Year Warranty
• Money Back Guarantee

800-662-2252

Omaha, NE 68130
www.rmodemelectronics.com



Let us point you in the right direction ...

CABLE TV

Unbeatable PRICES!

DESCRAMBLERS
CONVERTERS · FILTERS
VIDEO STABILIZERS

FREE
30 Day Trial

FREE
Product Catalog

FREE
1 Year Warranty

100% MONEY BACK GUARANTEE

Arrow Technologies

2106 S. 156th Circle • Omaha, NE

TOLL FREE
800-554-ARROW
800-554-2776

Visit us on the web at: www.arrowtek.com



ELECTRONICS

FREE CATALOG

CABLE TV
DESCRAMBLERS

COPY RENTAL TAPES WITH
OUR VIDEO STABILIZER

800-668-6664

Omaha, NE 68130
www.rmodemelectronics.com

AFFORDABLE CABLE TV BOXES! Your favorite brands at the lowest price. 30-day moneyback guarantee. www.cable-boxes.com 1-800-550-1511

A-1 UNIVERSAL DECODER BOX. REPLACES JERROLD, GENERAL INSTRUMENT, SCIENTIFIC ATLANTA, PANASONIC, PIONEER, ZENITH, TOCOM. ONE YEAR WARRANTY. GUARANTEED. CALL 1-800-675-9345

LOUDSPEAKERS

Editor's Choice Award 2000
Sound and Vision, December 2000
Consumer Choice Award 2000
www.audioreview.com
'98 Editor's Choice Subwoofer
SGHT, February 1999

"(the VTF-2) could be reasonably compared to the performance of the $3,000 B&W ASW 4000!" ... "At $499, it sets a new price/performance standard I don't think you'll find a better bargain anywhere."
Richard Hardesty, Subwoofer Buyer's Guide 2000

"The VTF-2 blasted out 20 Hz and 25 Hz range... impressive for any sub, especially one without a 12-inch driver." ... "There are subs costing twice as much that couldn't match this performance."
Tom Nousaine, Sound & Vision, July 2000

"If you want a subwoofer with maximum boom for the buck and hard to beat the interface, from HSU Research."

"...if you're looking for more bounce from your audio bucks... the VTF-2 has improved evidently the best $500 tweak I've ever heard."
Sam Cammarata, Audio Nirvana

"20 Hz at 125 dB, 16 dB and 16 Hz at 105 dB..."
Don Keele Jr., Audio, 2001

"Bargain of the Century."
Tom Nousaine, Car Audio, 2001

## Hsu Research
## True Subwoofers
### Offer
### • Unparalleled Value
### • Unparalleled User Support
### • Unparalleled Flexibility

"Garnered more rave reviews than any other sub!"

For more information, contact us at:
Website: www.hsuresearch.com
Email: hsures@earthlink.net
Hsu Research, Inc.
3160 E. La Palma Ave, #D
Anaheim, CA 92806
(800)554-0150/(714)666-9260
(714)666-9261 (FAX)
Available through select dealers or factory direct with 30-Day money-back guarantee.



<table>
</table>

| Starter Kits | Computer Control | Home Theater | X10 Products | Motorized & Gadgets | Plant & Pet Care | Phones & Intercoms | Climate Control | Home Security | Automation & AV Cable |

Keyword  Part#  **Search**    **Part # List Help**    **View Ordering Help**

**Customer Service**        **Low Price Guarantee**        **Why Buy From Us?**        **Shop Safely**



**Related Indexes**
Home Theater Products
Wireless Audio & Video Systems
Wireless Ir Transmission
Video Transmission System

Use your phone lines to send audio and video signals to other locations in your home.

# Leapfrog Home Network System



**Related Pages**
2.4GHz Video Transmission System w/ IR Repeater
Remote Control IR Repeater
Ir Remote Controls
Hardwired Ir Products
What is Whole House Audio & Video Control?


**Auction**


**New Products**


**Hot Deals**


**Overstock Sale**


**Clearance**


**Guided Tour**

**Best of 2001**

**Cool Gifts**

**Site Map**

- **Eliminates the need for in-wall wiring**
- **Brings you high-quality transmission associated with hardwired A/V systems**
- **Low frequency transmission does not disrupt phone service**
- **Use your existing remote to control your "source" component from the other location**



**Product Manuals in Acrobat (.pdf) format**
Leapfrog Manual

Get Acrobat Reader free!

**Tech Tips, Project Ideas & Customer Comments**
No submissions yet. Submit your tips, projects and comments.

Now you can enjoy a DVD movie or watch satellite programming on any TV in your home, or listen to stereo music on any powered speakers in your home, without running any new wires! Leapfrog transmits audio and video signals from your primary A/V source over your existing phone line to other A/V devices in your home, maintaining the fidelity and stereo separation of the transmitted signal. The system is much like an RF audio/video transmission system, but adds the quality and reliability of a hardwired system.

The Leapfrog uses a transmitter & receiver to bring the signal from one device to the other through your phone line. This low frequency transmission does not disrupt your phone service. The receiver also acts as a re-transmitter for IR signals so you can use your existing remote to change volume, channels, etc. on the "source" component from the remote location. Use Leapfrog with your cable converter, VCR, satellite receiver, DVD player, Laserdisc player, receiver, CD player, cassette deck, or camcorder.



Full Size Diagram

Enter quantity and click "Buy".

**InStock** **Buy** ☐ **7656LF** Leapfrog Home Network System **$149.95**

**InStock** **Buy** ☐ **7656LFR** Leapfrog Additional Receiver **$86.95**

<u>Click here for stock level tag explanations</u>

## People who liked this product, also liked...

**InStock** **Buy** ☐ **4509I** <u>Wireless Phone Jack System</u> **$83.95**

**InStock** **Buy** ☐ **8210** <u>Powermid Set (Transmitter & Receiver)</u> **$54.95**

**InStock** **Buy** ☐ **2005ST** <u>Stanley X10 Screw-in Lamp Module</u> **$2.49** (HOT DEAL! $1.95)

**InStock** **Buy** ☐ **4020** <u>X10 Maxi Controller</u> **$21.95**

**InStock** **Buy** ☐ **2010** <u>Universal Module</u> **$19.95**



**Software/Demos**          **Contact Us**          **Affiliates**          **Career Opportunities**

<u>Privacy Policy</u> - Copyright © 1995-2002 SMARTHOME™
SMARTHOME is trademark of SMARTHOME™, INC.

Page 1 of 3

Offers rft plus gold cable descramblers and Cable Boxes.

rft plus gold cube





## If you read nothing else READ THIS!

We are probably the only company that can get your cable descrambler to you before Saturday night. We will ship it over night express! Other companies will be able to offer this express service. We will have it to you within 1 day (WOW)! This is a special for Thursday & Friday sales to get there by Saturday. We will have 4 very skilled tech support staff waiting for you to call if you need any assistance. You may ask for Tom, Luis, Craig or Bob for all of your needs at 1-800-398-8801. Don't settle for less then the best! Please continue to read more on our best in the business offers.

**Tyson VS Lewis live on pay per view! Saturday June 8th 9pm et/ 6pm pt.** Note that we are now offering over night shipping for the Tristar Masterpiece (the best ever). Every order that comes in before 5:30 pm eastern time on Thursday will be sent out Over Night Fedex Express and received by Friday morning / afternoon guaranteed. All orders that are received after 5:30 pm et will be sent out on Friday morning and you will have it by Saturday morning guaranteed.
Click Here! TriStar Masterpiece (The Best Cable TV Descrambler Ever)!

This will not work on digital cable only analog channels of that system which are 99 and under.

Get your order before Saturday only at cablejokers.com Click Here!





Home

All Products

Order Page

Dealer Pricing

Troubleshooting

FAQ's

Legal

Guarantee

About Us

Digital Cable
Click Here!

**Trade in
value
Click Here!**

Offers rft plus gold cable descramblers and Cable Boxes.

Banner Programs



It Is Finally Here! The New TriStar Masterpiece cable descramblers using the New 2002 Sony XP Video Baord, Specially made for best. This box makes all the difference. The TriStar Masterpiece with the New 2002 Sony Technology is by far the best. Its SUPERIOR PERFORMANCE will insure that your needs as a viewer are met! With the 2002 TriStar Masterpiece XP you will get the very best picture quality and 10 times the performance!

# 5 Star Ratings

★★★★★  TriStar Masterpiece (Best)!

★★★★★  RFT Viper Platinum Series

★★★★★  Coolbx - Masterpiece

★★★★  Coolbox Avenger Plus

★★★★  RFT Plus Gold

1.  Free 2 day air shipping, Fedex EXPRESS!
2.  Free same day service. (Order today and we send it TODAY)!
3.  Free 40 day money back guarantee.
4.  Free 3 year FULL warranty. (not limited!)
5.  Free 5 year trade in's. (yes even for digital!)
6.  Free batteries (AAA) & cables (coax & A/V)!
7.  Free Bullet Protector (New for 2002)!
8.  Free sound board installed!
9.  Free lifetime tech support 800-398-8801!
10. No taxes & no extra charges, what you see is what you get!!!
11. Reliable service since 1996 and no one else will ever come close!

# Why is trade in value better then a warranty? Click here!

WHEN YOU BUY FROM CABLEJOKERS

YOU GET IT FACTORY DIRECT!