*10*

ORIGINAL

United States District Court
Southern District of Texas
ENTERED

**JUL 1 1 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

-----------------------------------------------------------

**KINGVISION PAY-PER-VIEW LTD.**
as Broadcast Licensee of the **October 2, 1999**
**Chavez/Wise** Program,

             Plaintiff,

    -against-

**MINERVA RAMIREZ SANDOVAL**, *et al.*,

             Defendants.

-----------------------------------------------------------

**ORDER FOR CONTINUANCE**
Civil Action No.  B-02-050
Honorable Hilda G. Tagle

The Court having reviewed Plaintiff's Motion for Continuance, it is hereby

**ORDERED and ADJUDGED** that the dates set forth in the Order Setting Conference,

including the Conference set for **August 6, 2002,** before the Honorable Hilda G. Tagle, be removed

from the Court's calendar, as no Defendants have submitted an Answer to Plaintiff's Complaint, and

Plaintiff has filed its Motion for Default Judgment.

Dated: June 10, 2002
       McAllen, Texas

_____
**HONORABLE HILDA G. TAGLE**
United States District Judge