

ORIGINAL

11

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 11 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

---

**KINGVISION PAY-PER-VIEW LTD.**
as Broadcast Licensee of the **October 2, 1999
Chavez/Wise** Program,

        Plaintiff,

-against-

MINERVA RAMIREZ SANDOVAL, *et al.*,

        Defendants.

---

**ORDER GRANTING ENTRY OF
DEFAULT JUDGMENT**
Civil Action No. B-02-050
Honorable Hilda G. Tagle

On this day, came on to be heard Plaintiff's Request for Entry of Default against the Defendants. Although Defendants were cited to appear and answer herein, they have failed to file an answer within the time allowed by law. Therefore, the Court is of the opinion that Default against Defendants should be entered.

It is accordingly **ORDERED and ADJUDGED** that the Clerk of the Court enter Default following Defendants:

**MINERVA RAMIREZ SANDOVAL, Individually**

**DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB**

Signed on this 10 day of July, 2002, at Brownsville, Texas

HONORABLE HILDA G. TAGLE
United States District Judge

ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

---

**KINGVISION PAY-PER-VIEW LTD.**
as Broadcast Licensee of the **October 2, 1999**
**Chavez/Wise** Program,

    Plaintiff,

 -against-

MINERVA RAMIREZ SANDOVAL, *et al.*,

    Defendants.

---

**STATEMENT FOR JUDGMENT**
Civil Action No. B-02-050
Honorable Hilda G. Tagle

**Principal Amount** ..................................................................................$ 110,000.00

Interest at the Rate of 6% from **October 2, 1999,** through **June 19, 2002**..................$ 17,917.28

Costs:

  Filing Fees (per each defendant)................................................................$ 75.00

  Process Server (per defendant)..................................................................$ 92.50

  Auditor's Fee (per defendant)....................................................................$ 137.50

**TOTAL (Per Defendant)**..........................................................................$ 128,222.28

         LONSTEIN LAW OFFICE, P.C.

         By:_____
          Julie Cohen Lonstein, Esq.
          Attorney for Plaintiff,
          Attorney in Charge
          NYS Bar Roll No. 2393759
          S.D. TX Admission No. 21857
          1 Terrace Hill, PO Box 351
          Ellenville, NY 12428
          Telephone: 845-647-8500
          Facsimile: 845-647-6277
          *Our File No. C99-8TX-S08*