.ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 11 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

---------------------------------------------------------------

**KINGVISION PAY-PER-VIEW LTD.**
as Broadcast Licensee of the **October 2, 1999**
**Chavez/Wise** Program,

           Plaintiff,

  -against-

**MINERVA RAMIREZ SANDOVAL,** *et al.*,

           Defendants.

---------------------------------------------------------------

**DEFAULT JUDGMENT**
Civil Action No. B-02-050
Honorable Hilda G. Tagle

The summons and complaint in this action having been duly served upon the defendants, **MINERVA RAMIREZ SANDOVAL, Individually, and d/b/a DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB and DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB,** on April 13, 2002, and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted;

**NOW,** on motion of JULIE COHEN LONSTEIN, of counsel to LONSTEIN LAW OFFICE P.C., attorneys for the Plaintiff, it is hereby

**ORDERED AND ADJUDGED** that **KINGVISION PAY-PER-VIEW LTD.,** the plaintiff, does recover jointly and severally of **MINERVA RAMIREZ SANDOVAL, Individually,** the sum of **$110,000.00**, the amount claimed, plus interest at the rate of six (6%) per cent per annum on the sum of $110,000.00 from the **2nd day of October, 1999,** to the **19th day of June, 2002,** in the sum of **$19,917.28** with **$305.00** costs and disbursements, amounting in all to the sum of **$128,222.28**, plus interest at the legal rate in effect on the date of this judgment; and that the plaintiff have

-1-

execution therefore, and it is further

   **ORDERED AND ADJUDGED** that **KINGVISION PAY-PER-VIEW LTD.**, the plaintiff, does recover jointly and severally of **DESPERADOS NIGHT CLUB a/k/a DESPERADO'S NIGHTCLUB,** the sum of $110,000.00, the amount claimed, plus interest at the rate of six (6%) per cent per annum on the sum of $110,000.00 from the **2nd day of October, 1999,** to the **19th day of June, 2002,** in the sum of **$19,917.28** with **$305.00** costs and disbursements, amounting in all to the sum of **$128,222.28,** plus interest at the legal rate in effect on the date of this judgment; and that the plaintiff have execution therefore.

Dated: _____, 2002

                 _____
                 **HONORABLE HILDA G. TAGLE**
                 United States District Judge